

LODGED

NOV 23 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU     4958-0
NICHOLE K. SHIMAMOTO    7700-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
Email: ltoyofuku@marrhipp.com

H. CLYDE LONG, ESQ.
Long Law Offices
950 Risa Road, 2nd Floor
Lafayette, California  94549
Tel. No. (925) 284-5575
Fax No. (925) 284-5659
Email: longlawoffices@yahoo.com

Attorneys for Defendants
SMF SYSTEMS CORPORATION, TOM
CAFFREY AND RUBY CAFFREY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2005

at 3 o'clock and 20 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | ) CV NO. 03-00130 MLR-BMK |
| Plaintiff, | ) FINAL JUDGMENT |
| vs. | ) |
| SMF SYSTEMS CORPORATION, A MARYLAND CORPORATION; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; | ) |

74076/455.002

JANE DOES 1-20; GOVERNMENTAL )
AGENCIES 1-20, )
)
        Defendants. )
)

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and LR 58.1, this matter having been heard by the Court and the Court having entered (a) the Order Granting in Part and Denying in Part Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey's Motion for Summary Judgment Filed July 15, 2005 (filed Sept. 15, 2005); (b) the Order Granting Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey's Motion for Partial Summary Judgment Filed July 15, 2005 (filed Sept. 15, 2005); (c) the Order Granting Defendant SMF Systems Corporation's Motion for Judgment as a Matter of Law Filed September 21, 2005 (filed Nov. 18, 2005); and (d) the Findings of Fact and Conclusions of Law Regarding Counts IV and V (filed Nov. 18, 2005); and

There being no remaining claims or issues against any party,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED as follows:

1.  That judgment be and is hereby entered in favor of Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey ("Defendants") and against Plaintiff John A. Moffett ("Plaintiff") as to all claims asserted in the above-captioned action against Defendants and that Plaintiff take nothing by way of his complaint against Defendants.

2.  That the issue of attorneys' fees and costs, if any, to be assessed against Plaintiff in favor of Defendants may be raised by Defendants by motion and/or Bill of Costs at a later date.

DATED: Honolulu, Hawaii, _____NOV 2 9 2005_____.

SO ORDERED:

MANUEL L. REAL

_____
**THE HONORABLE MANUEL L. REAL**
Judge of the Above-Entitled Court

---

**FINAL JUDGMENT**
John A. Moffett v. SMF Systems Corporation, Civil No. 03-00130 MLR-BMK

74076/455.002