**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU    4958-0
Email: ltoyofuku@marrhipp.com
NICHOLE K. SHIMAMOTO   7700-0
Email: nshimamoto@marrhipp.com
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

H. CLYDE LONG, ESQ.
Email: longlawoffices@yahoo.com
Long Law Offices
950 Risa Road, 2nd Floor
Lafayette, California  94549
Tel. No. (925) 284-5575
Fax No. (925) 284-5659
Attorneys for Defendants
SMF SYSTEMS CORPORATION, TOM
CAFFREY AND RUBY CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS SMF SYSTEMS |
| | ) | CORPORATION, TOM CAFFREY, |
| vs. | ) | AND RUBY CAFFREY'S |
| | ) | SUPPLEMENT TO MOTION FOR |
| SMF SYSTEMS CORPORATION, A | ) | ATTORNEYS' FEES AND COSTS |
| MARYLAND CORPORATION; TOM | ) | FILED DECEMBER 16, 2005; |
| CAFFREY; RUBY CAFFREY; DOE | ) | AFFIDAVIT OF LYNNE T. T. |
| CORPORATIONS 1-20; DOE | ) | TOYOFUKU; AFFIDAVIT OF H. |
| CORPORATIONS 1-20; DOE | ) | CLYDE LONG; EXHIBIT "A"; |

74900/455.002

ENTITIES 1-20; JOHN DOES 1-20;    )   CERTIFICATE OF SERVICE
JANE DOES 1-20; GOVERNMENTAL )
AGENCIES 1-20,                    )
                                      )   (Non-hearing Motion)
              Defendants.      )
_____ )   TRIAL:  September 19, 2005

## SUPPLEMENT TO MOTION FOR ATTORNEYS' FEES AND COSTS

Defendants SMF SYSTEMS CORPORATION, TOM CAFFREY

AND RUBY CAFFREY ("Defendants") bring this Supplement to Defendants'

Motion for Attorneys' Fees and Costs filed December 16, 2005.

The total amount of attorneys' fees, including tax, is $334,785.35.

*See* Toyofuku Aff. ¶ 2.  The following is a chart that amends the total time and

dollar amount of attorneys' fees listed in Defendants' Motion for Attorneys' Fees

and Costs:

| Timekeeper | Hours Worked | Rate | Total |
|---|---|---|---|
| PRE-TAX TOTAL listed in Defendants' Motion for Attorneys' Fees and Costs, filed December 16, 2005 | | | $313,836.00 |
| H. Clyde Long, Esq. | 37.8 | $200.00 | $7,560.00 |
| Pre-tax Total | | | $321,396.00 |
| Excise Tax at 4.166% | | | $13,389.35 |
| **TOTAL (including taxes)** | | | $334,785.35 |

Exhibit A to the Affidavit of H. Clyde Long presents time entries that describe the

work performed.  *See* Long Aff ¶ 2, Ex. A.

74900/455.002

Because the attorneys' fees and costs incurred by Defendants in this case were reasonable and necessary to the defense of this case, Defendants respectfully requests that they be awarded their full attorneys' fees and costs pursuant to Fed. R. Civ. P. Rule 54(d).

DATED:    Honolulu, Hawaii, January 4, 2006.

/s/ Lynne T. T. Toyofuku
LYNNE T. T. TOYOFUKU
NICHOLE K. SHIMAMOTO

Attorneys for Defendants
SMF SYSTEMS CORPORATION,
TOM CAFFREY AND RUBY
CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SMF SYSTEMS CORPORATION, A | ) | |
| MARYLAND CORPORATION; TOM | ) | |
| CAFFREY; RUBY CAFFREY; DOE | ) | |
| CORPORATIONS 1-20; DOE | ) | |
| PARTNERSHIPS 1-20; DOE ENTITIES | ) | |
| 1-20; JOHN DOES 1-20; JANE DOES 1- | ) | |
| 20; GOVERNMENTAL AGENCIES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses:

Served Electronically through CM/ECF:

BARBARA A. PETRUS, ESQ.        bpetrus@goodsill.com        January 4, 2006
ANNE T. HORIUCHI BELL, ESQ.    abell@goodsill.com          January 4, 2006
GOODSILL ANDERSON QUINN & STIFEL

DATED:    Honolulu, Hawaii, January 4, 2006.


/s/ Lynne T. T. Toyofuku
LYNNE T. T. TOYOFUKU
NICHOLE K. SHIMAMOTO
Attorneys for Defendants
SMF SYSTEMS CORPORATION,
TOM CAFFREY AND RUBY
CAFFREY