IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, ) | CV NO. 03-00130 MLR-BMK |
| ) | |
| Plaintiff, ) | AFFIDAVIT OF LYNNE T. T. |
| ) | TOYOFUKU |
| vs. ) | |
| ) | |
| SMF SYSTEMS CORPORATION, A ) | |
| MARYLAND CORPORATION; TOM ) | |
| CAFFREY; RUBY CAFFREY; DOE ) | |
| CORPORATIONS 1-20; DOE ) | |
| PARTNERSHIPS 1-20; DOE ENTITIES ) | |
| 1-20; JOHN DOES 1-20; JANE DOES 1- ) | |
| 20; GOVERNMENTAL AGENCIES 1-20, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

AFFIDAVIT OF LYNNE T. T. TOYOFUKU

| | |
|---|---|
| STATE OF HAWAII ) | |
| ) SS. | |
| CITY & COUNTY OF HONOLULU ) | |

LYNNE T. T. TOYOFUKU, being first duly sworn on oath, deposes and says:

1. I am a partner with Marr Hipp Jones & Wang, LLLP, am licensed to practice law in the State of Hawai`i, and have been admitted to practice law before this Court. I am one of the attorneys representing Defendants SMF SYSTEMS CORPORATION, TOM CAFFREY AND RUBY CAFFREY ("Defendants") in this action. I make this AFFIDAVIT on personal knowledge.

2. The total amount of attorneys' fees incurred by Defendants, including tax, is $334,785.35.

Further affiant sayeth naught.

_____
LYNNE T. T. TOYOFUKU

Subscribed and sworn to before me
this 29th day of December, 2005.

_____
Notary Public, State of Hawaii
Valerie J. Nomura
Print Name

My commission expires: 3-12-09