IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | ) CV NO. 03-00130 MLR-BMK <br> ) <br> ) AFFIDAVIT OF H. CLYDE LONG <br> ) |
| Plaintiff, | |
| vs. | |
| SMF SYSTEMS CORPORATION, A MARYLAND CORPORATION; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; JANE DOES 1-20; GOVERNMENTAL AGENCIES 1-20, | |
| Defendants. | |

<u>AFFIDAVIT OF H. CLYDE LONG</u>

STATE OF CALIFORNIA      )
                         ) SS.
COUNTY OF Contra Costa   )

H. CLYDE LONG, being first duly sworn on oath, deposes and says:

1. I am one of the attorneys representing Defendants SMF SYSTEMS CORPORATION, TOM CAFFREY AND RUBY CAFFREY ("Defendants") in this action. I make this AFFIDAVIT on personal knowledge.

2. I have reviewed documents, including invoices, that reflect the attorneys' fees and costs incurred by Defendants for defending Plaintiff's

Complaint. My attorneys' fees for this matter, not including taxes, were $7,560.00 (37.8 hours at $200/hour).

    3.    Any and all adjustments made in the court of exercising "billing judgment" have already been deducted from the amounts requested in the present Supplement to Defendants' Motion for Attorneys' Fees and Costs ("Supplement"). Therefore, there were no adjustments made in the course of exercising "billing judgment" that would affect the total amount of attorneys' fees and costs requested in this Supplement.

    4.    Attached hereto as Exhibit A is a true and accurate statement of my attorneys' fees billed for services rendered to Defendants in relation to the defense of Plaintiff's Complaint.

    Further affiant sayeth naught.

*/s/ H. Clyde Long*
H. CLYDE LONG

Subscribed and sworn to before me this 4th day of January, ~~2005~~ 2006

*/s/ Sydney Davis*
Notary Public, State of California
Sydney Davis
Print Name


SYDNEY DAVIS
COMM. #1539554
Notary Public-California
CONTRA COSTA COUNTY
My Comm. Exp. Dec 30, 2008

My commission expires: 12-30-2008