## H. Clyde Long

| Category | Trans Date | Rate | Hours to Bill | |
|---|---|---|---|---|

**Case development, background investigation and case administration (include initial investigations, file setup, preparation of budgets, and routine communications with client, co-counsel, opposing counsel and the court)**

| Category | Trans Date | Rate | Hours to Bill | Description |
|---|---|---|---|---|
| A | 8/1/2003 | 200 | 1.00 | Legal research re search court records re Moffett letter to client |
| A | 8/29/2003 | 200 | 0.40 | Meeting with client |
| A | 9/2/2003 | 200 | 1.50 | Review Moffett complaint; Legal research re Federal court venue issues; Legal research re compulsory cross-complaints; Telephone conference with Attorney Nakashima |
| A | 9/3/2003 | 200 | 0.30 | Letter and documents to Attorney Toyofuku |
| A | 9/4/2003 | 200 | 1.00 | Discuss legal issues with Attorney Toyofuku; Telephone conference with client |
| A | 9/9/2003 | 200 | 0.40 | Review Attorney Toyofuku retainer agreement; Letter to Attorney Toyofuku with SMF revisions |
| A | 1/12/2004 | 200 | 0.40 | Telephone conference with Attorney Toyofuku re pro hac vice re Long; Letter to Colorado attorney |
| A | 3/2/2004 | 200 | 0.20 | Letter to Attorney Toyofuku |
| A | 3/23/2004 | 200 | 0.20 | Department of Defense documents from Attorney Toyofuku; Telephone call to client |
| A | 4/14/2004 | 200 | 0.20 | Telephone call to client re status |
| A | 5/5/2004 | 200 | 0.20 | Meeting with client |
| A | 5/7/2004 | 200 | 0.20 | Telephone call to client re status |
| A | 10/6/2004 | 200 | 0.50 | Meeting with client re status; E-mail to/from Attorney Toyofuku |
| A | 10/7/2004 | 200 | 0.20 | E-mail to/from Attorney Toyofuku |
| A | 12/14/2004 | 200 | 0.60 | Review expert witness documents from plaintiff; |
| A | 1/29/2005 | 200 | 0.40 | E-mails to/from Attorney Toyofuku re experts |
| A | 3/30/2005 | 200 | 0.70 | Review chronology and further documents |



EXHIBIT "A"

**H. Clyde Long**

| Category | Trans Date | Rate | Hours to Bill | |
|---|---|---|---|---|
| A | 4/6/2005 | 200 | 0.20 | Telephone call to Tom Caffrey re status |
| A | 5/5/2005 | 200 | 1.00 | Letter from Attorney Toyofuku re Motion in Limine re Johnson depo; Prepare Long declaration re same |
| **Subtotal** | | | **9.60** | |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| B | 2/26/2004 | 200 | 0.60 | Review pro hac vice application materials; Revisions to same |
| B | 3/1/2004 | 200 | 0.20 | Prepare Final Long declaration |
| B | 1/31/2005 | 200 | 0.30 | Review Plaintiff's Motion to Compel |
| B | 2/22/2005 | 200 | 0.40 | Review opposition re: Plaintiff's Motion to Compel |
| **Subtotal** | | | **1.50** | |

**Interrogatories, document production, and other written discovery**

| | | | | |
|---|---|---|---|---|
| C | 3/2/2005 | 200 | 0.20 | Telephone call to Attorney Toyofuku re discovery issues |
| C | 3/14/2005 | 200 | 0.50 | Telephone call with Attorney Toyofuku re discovery issues and case status |
| C | 3/22/2005 | 200 | 0.40 | E-mails from Marr Hipp re discovery issues |
| **Subtotal** | | | **1.10** | |

**Depositions**

| | | | | |
|---|---|---|---|---|
| D | 9/13/2004 | 200 | 0.40 | Review depo notices of Caffreys; Review letters re Caffrey depositions |
| D | 10/18/2004 | 200 | 0.80 | Review Moffett depo transcript |
| D | 10/28/2004 | 200 | 0.20 | Review letters re depositions |
| D | 3/1/2005 | 200 | 0.20 | E-mail to/from client re depositions |
| D | 3/15/2005 | 200 | 0.20 | Letter from Attorney Toyofuku re depositions |

## H. Clyde Long

| Category | Trans Date | Rate | Hours to Bill | |
|---|---|---|---|---|
| D | 3/16/2005 | 200 | 0.20 | Review miscellaneous deposition notices |
| D | 3/17/2005 | 200 | 0.40 | Review Caffrey depo notice; Letter from Attorney Toyofuku re depositions |
| D | 3/28/2005 | 200 | 2.00 | Review depo prep outline and documents; Meeting with Tom and Ruby Caffrey |
| D | 3/31/2005 | 200 | 6.00 | Tom Caffrey deposition; Telephone call to client re Ruby Caffrey deposition; E-mail to Ruby Caffrey re depo prep |
| D | 4/1/2005 | 200 | 5.50 | Meeting with Ruby Caffrey re depo prep; Ruby Caffrey deposition |
| D | 4/4/2005 | 200 | 0.40 | Telephone call with Attorney Shimamoto re Johnson deposition |
| D | 4/6/2005 | 200 | 0.30 | E-mails to/from Attorney Toyofuku re pending depositions |
| D | 4/7/2005 | 200 | 0.60 | Review Johnson depo question outline; E-mails from Attorney Toyofuku re same |
| D | 4/8/2005 | 200 | 0.40 | Telephone call to client; Telephone call to court reporter re call-in for Johnson depo |
| D | 4/9/2005 | 200 | 0.50 | Telephone appearance re Johnson depo |
| D | 4/11/2005 | 200 | 0.40 | Letter to Attorney Toyofuku re Johnson depo; Telephone call to Attorney Toyofuku re same |
| D | 4/12/2005 | 200 | 1.20 | Review materials from Attorney Toyofuku re Kelley depo |
| D | 4/13/2005 | 200 | 1.00 | Letter to Attorney Toyofuku re Kelley depo; E-mail to/from Attorney Toyofuku re same |
| D | 4/14/2005 | 200 | 3.50 | Telephone call to Tom Caffrey re Kelley depo; Telephone appearance to Kelley depo; Telephone call to Kelley post deposition |
| D | 4/22/2005 | 200 | 1.00 | Review of Tom and Ruby Caffrey depositions |
| D | 5/12/2005 | 200 | 0.20 | Letter from Attorney Toyofuku re Caffrey depo transcripts |

**H. Clyde Long**

| Category | Trans Date | Rate | Hours to Bill | |
|---|---|---|---|---|
| ---- | ---- | ---- | ------- | |
| D | 5/17/2005 | 200 | 0.20 | Telephone call to Kelley re corrections to depo transcript |
| **Subtotal** | | | **25.60** | |
| | | | | |
| **Total** | | **Billable** | **37.80** | |

Case 1:03-cv-00130-MLR-BMK   Document 229-4   Filed 01/04/2006   Page 4 of 4