GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>        Plaintiff,<br><br>  vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>        Defendants. | CIVIL NO. 03-00130 MRL/BMK<br><br>NOTICE OF APPEARANCE OF DONNA H. KALAMA AS COUNSEL FOR PLAINTIFF JOHN A. MOFFETT<br><br><br><br>TRIAL: SEPTEMBER 19, 2005<br>JUDGE: HON. MANUEL L. REAL |

1157700.1

NOTICE OF APPEARANCE OF DAWN T. SUGIHARA
AS COUNSEL FOR PLAINTIFF JOHN A. MOFFETT

Donna H. Kalama, of the law firm of Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, attorneys for Plaintiff John A. Moffett in the above-referenced matter, hereby gives notice of her appearance as counsel for Plaintiff John A. Moffett.

DATED: Honolulu, Hawaii, January 9, 2006.

/s/ Donna H. Kalama
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT