GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>   Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; et al.,<br><br>   Defendants. | CIVIL NO. 03-00130 MRL/BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re: NOTICE OF APPEARANCE OF DONNA H. KALAMA AS COUNSEL FOR PLAINTIFF JOHN A. MOFFETT) |

1157700.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appearance of Donna H. Kalama as Counsel for Plaintiff John Moffett was duly served on this date upon the following person(s) at the address(es) listed below by the means indicated:

| | Mail | Hand Delivery | Fax | ECF |
|---|---|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>ltoyofuku@marrhipp.com<br>NICHOLE K. SHIMAMOTO, ESQ.<br>nshimamoto@marrhipp.com<br>Marr Hipp Jones & Wang<br>1001 Bishop Street, 1550 Pauahi Tower<br>Honolulu, HI 96813 | | | | X |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA 94549 | X | | | |

Attorneys for Defendants

DATED: Honolulu, Hawaii, January 9, 2006.

/s/ Donna H. Kalama
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT