GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>          Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>          Defendants. | CIVIL NO. 03-00130 MRL/BMK<br><br>NOTICE OF APPEARANCE OF DAWN T. SUGIHARA AS COUNSEL FOR PLAINTIFF JOHN A. MOFFETT; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br>TRIAL: SEPTEMBER 19, 2005<br>JUDGE: HON. MANUEL L. REAL |

1157153.1

2

NOTICE OF APPEARANCE OF DAWN T. SUGIHARA
AS COUNSEL FOR PLAINTIFF JOHN A. MOFFETT

Dawn T. Sugihara, of the law firm of Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, attorneys for Plaintiff John A. Moffett in the above-referenced matter, hereby gives notice of her appearance as counsel for Plaintiff John A. Moffett.

DATED: Honolulu, Hawaii, January 10, 2006.

/s/ Dawn T. Sugihara
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT

2

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | CIVIL NO. 03-00130 MRL/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| SMF SYSTEMS CORPORATION, a Maryland corporation; et al., | |
| Defendants. | |

1157153.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served on this date upon the following person(s) at the address(es) listed below by the means indicated:

|  | Mail | Hand Delivery | Fax | ECF |
|---|---|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>ltoyofuku@marrhipp.com<br>NICHOLE K. SHIMAMOTO, ESQ.<br>nshimamoto@marrhipp.com<br>Marr Hipp Jones & Wang<br>1001 Bishop Street, 1550 Pauahi Tower<br>Honolulu, HI  96813 |  |  |  | X |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA  94549 | X |  |  |  |

Attorneys for Defendants

DATED: Honolulu, Hawaii, January 10, 2006.

/s/ Dawn T. Sugihara
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT

2