FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 4 2004

at __11__ o'clock and __50__ min. __a__ M. __yy__
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN M. MOFFETT,          ) | CIVIL NO. 03-00130 HG-BMK |
| )          | |
| Plaintiff,    ) | |
| )          | |
| vs.          ) | |
| )          | |
| SMF SYSTEMS CORPORATION, et ) | ORDER RE DISCOVERY |
| al.,          ) | |
| )          | |
| Defendants.    ) | |
| _____ ) | |

ORDER RE DISCOVERY

Before the court are letter briefs dated

October 14, 2004, regarding a discovery dispute.

Defendants seek additional time to complete the

deposition of Plaintiff.  After careful review of the

letter briefs, the court hereby GRANTS IN PART and

DENIES IN PART Defendants' request.

Defendants do not present a strong case for

being given additional time to complete the deposition

of Plaintiff.  Nevertheless, the court will grant an

Exhibit 1

additional half day, which translates to four hours, to
complete the deposition.  The continued deposition must
take place at a time mutually convenient to both
parties.  Defendants may depose Plaintiff by video
conference, over the telephone, or in person.
Defendants are responsible for all costs associated
with the continued deposition.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, __10-14-2004__.

BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

CIVIL NO. 03-00130 HG-BMK; MOFFETT v. SMF SYSTEMS CORP., et al;
ORDER RE DISCOVERY