# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/15/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   CV 03-00130HG-BMK

CASE NAME:     John A. Moffett v. SMF Systems Corporation, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    3/15/2005                TIME:

---

COURT ACTION:  EO: Settlement Conference continued from 4-7-05 to 4-12-05 @ 1:30 p.m. before Magistrate Judge Barry M. Kurren.

Confidential Settlement Conference Statements due 4-8-05.

cc: Barbara Petrus/Anne Horiuchi Bell, Lynne Toyofuku

Submitted by Richlyn Young, Courtroom Manager

Exhibit 3