GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>     Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>     Defendants. | CIVIL NO. 03-00130 MLR/BMK<br><br>CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 7.5 FOR CASE NO. CV 03-00130 MLR BMK |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LR7.5 FOR CASE NO. CV 03-00130 MLR BMK

Pursuant to LR7.5, I certify that PLAINTIFF JOHN A. MOFFETT'S RESPONSIVE MEMORANDUM IN OPPOSITION TO DEFENDANTS SMF SYSTEMS CORPORATION, TOM CAFFREY, AND RUBY CAFFREY'S MOTION FOR ATTORNEYS' FEES AND COSTS is proportionately spaced, has typeface of 14 points or more and contains 8888 words.

DATED: Honolulu, Hawaii, January 12, 2006.

/s/ Dawn T. Sugihara
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT