05/19/05 15:50 FAX 808 536 6700        MARR HIPP JONES & WANG                            ☒001



## MARR HIPP JONES & WANG
A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

## FAX TRANSMITTAL SHEET

NOTICE: This fax has been sent from a law firm. If you have received this fax in error, please notify us by collect telephone call and return the fax to us by first class mail. The fax may contain privileged or confidential information intended only for the use of the person named below. If you are not the intended recipient, please be aware that dissemination or duplication of this fax is prohibited and that there is and shall be no waiver of any privilege or confidence by your receipt of this transmission.

| | | | |
|---|---|---|---|
| TO: | Barbara A. Petrus, Esq.<br>Anne T. Horiuchi Bell, Esq.<br>Goodsill Anderson Quinn & Stifel | PHONE:<br>FAX: | (808) 547-5600<br>(808) 547-5880 |
| FROM: | Lynne T. T. Toyofuku, Esq.<br>Nichole K. Shimamoto, Esq. | [X]<br>[ ] | Original will be mailed<br>Original will not be sent |
| DATE: | May 19, 2005 | | |
| RE: | **Moffett vs. SMF, CV03-00130 MLR-BMK; Trial Date: September 26, 2005** | | |

No. of pages transmitted (including cover sheet):  TWO (2)
Please contact Leanda if this transmission is incomplete.

### DOCUMENTS TRANSMITTED:

My correspondence of today's date

### REMARKS:

1001 Bishop Street • Suite 1550 Pauahi Tower • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • E-mail: ltoyofuku@marrhipp.com

62515/455.002

**EXHIBIT 2**

05/19/05  15:50  FAX 808 536 6700        MARR HIPP JONES & WANG                    002



# MARR HIPP JONES & WANG
A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

May 19, 2005

Anne T. Horiuchi Bell, Esq.  **Via Fax to (808) 547-5880 & U.S. Mail**
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Re: John A. Moffett v. SMF Systems Corporation, et al.
Civil No. CV03-00130 MLR/BMK, Trial Date: September 26, 2005

Dear Ms. Bell:

In light of Judge Real's comments during the May 17, 2005 status conference, we are requesting that Plaintiff revisit his Complaint and inform us as to his willingness to stipulate to the dismissal of certain claims and parties from this action. While Judge Real mentioned that certain claims are barred by the statute of limitations and that the IIED and NIED claims should be dismissed, Defendants also are confident that most if not all claims will be subject to summary adjudication in favor of Defendants. Accordingly, Defendants intend to file a Motion for Summary Judgment.

Prior to the filing of Defendants' Motion for Summary Judgment, Defendants are willing to agree to stipulate to the dismissal of claims for which Plaintiff is willing to dismiss with prejudice. We would appreciate a response at your earliest convenience.

If you have any questions or require any additional information, please do not hesitate to contact me.

Very truly yours,

Lynne T. T. Toyofuku
Nichole K. Shimamoto

LTTT:NKS:lfs

1001 Bishop Street • Suite 1550 Pauahi Tower • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • E-mail: ltoyofuku@marrhipp.com

67816/455.002