GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

MARTIN ANDERSON
CONRAD M. WEISER
DAVID J. REBER
JOHN R. LACY
RAYMOND S. IWAMOTO
THOMAS W. WILLIAMS, JR.
WILLIAM S. MILLER
JACQUELINE L.S. EARLE
LANI L. EWART
RANDALL K. STEVERSON
PATRICIA Y. LEE
GARY M. SLOVIN
LISA WOODS MUNGER
ERNEST J. T. LOO
BRUCE L. LAMON
PETER T. KASHIWA
RUSSELL S. KATO
LANT A. JOHNSON
VINCENT A. PIEKARSKI
LEIGHTON J.H.S. YUEN
CORLIS J. CHANG

BARBARA A. PETRUS
PATRICIA M. NAPIER
MIKI OKUMURA
AUDREY E. J. NG
ALAN S. FUJIMOTO
WALTER C. DAVISON
RAYMOND K. OKADA
GAIL O. AYABE
DALE E. ZANE
LINDALEE K. FARM
CAROL A. EBLEN
ROY JOHN TJOE
KELLIE M. N. SEKIYA
JUDY Y. LEE
A. RICHARD PHILPOTT
LENNES N. OMURO
DEREK R. KOBAYASHI
PETER Y. KIKUTA
THOMAS BENEDICT
EDMUND K. SAFFERY
RUSSELL K. KAUPU

LISA A. BAIL
CAROLYN K. GUGELYK
DONNA H. KALAMA
JOACHIM P. COX
EVELYN J. BLACK

M. ELIZABETH RAXTER
ANNE T. HORIUCHI BELL
ROBERT K. FRICKE
SEAN K. CLARK
SCOTT G. MORITA
RANDOLF L. M. BALDEMOR
LORI M. HIRAOKA
JILL MURAKAMI BALDEMOR
REGAN M. IWAO
EMILY REBER PORTER
DAWN T. SUGIHARA
PAMELA ANN FONG
MICHAEL D. ORLANDO
JOIE M. B. C. YUEN

LIANN Y. EBESUGAWA
VALERIE M. IINUMA
MIHOKO E. ITO
JENNIFER M. YOUNG

COUNSEL:
E. LAURENCE GAY
RICARDO S. GALINDEZ
KAHBO DYE-CHIEW
NATALIE S. HIU

OF COUNSEL:
WILLIAM F. QUINN
GENRO KASHIWA
RONALD H.W. LUM
DAVID J. DEZZANI

MARSHALL M. GOODSILL
(1916-2004)

May 20, 2005

**VIA HAND DELIVERY**

Lynne T. T. Toyofuku, Esq.
Nichole K. Shimamoto, Esq.
Marr Hipp Jones & Wang
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813

> Re: *Moffett v. SMF Systems Corporation, et al.*
> CV No. 03-00130 MLR/BMK, United States District Court for the District of Hawaii

Dear Counsel:

We are in receipt of your letter dated May 19, 2005, in which you request that Plaintiff revisit his Complaint and inform you as to his willingness to stipulate to the dismissal of certain claims and parties from this action. In your letter, you further state that Judge Real mentioned that certain claims are barred by the statute of limitations and that the "IIED and NIED claims should be dismissed[.]"

Our recollection of the May 17th status conference does not comport with yours. We recall Judge Real expressing that the Complaint appeared to claim retaliation for actions that occurred outside the statute of limitations and also for retaliation that occurred within the statute of limitations. Additionally, we recall him stating that the IIED and NIED claims were not clear to him. Essentially, he explained that the issues need to be narrowed for trial and suggested that this be accomplished through stipulations and/or by motion.

If Defendants would like to request that certain specific claims and/or parties be dismissed through stipulation,[1] then we request that Defendants inform us of those specific requests and of the bases for those requests.

---

[1] Aside from the proposed Stipulation to Dismiss individual Defendants Tom and Ruby Caffrey from the claims arising under Title VII and the False Claims Act. As mentioned to Ms. Shimamoto during our telephone discussion on May 19, 2005, we are currently

955671.1

**EXHIBIT 3**

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

Lynne T. T. Toyofuku, Esq.
Nichole K. Shimamoto, Esq.
May 20, 2005
Page 2

        Please do not hesitate to contact us if you have any questions. Thank you for your prompt attention to this matter.

        Very truly yours,

        GOODSILL ANDERSON QUINN & STIFEL
        A LIMITED LIABILITY LAW PARTNERSHIP LLP

        *Anne J. Horiuchi Bell*

        Barbara A. Petrus
        Donna H. Kalama
        Anne T. Horiuchi Bell

BAP/DHK/ATHB:athb

---

considering Defendants' request and we plan on responding to your proposal by the end of next week.