## GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

# FACSIMILE TRANSMISSION

**DATE:** September 8, 2005

**TO:**

| NAME: | FAX NO.: | PHONE NO.: | SENT/OPERATOR |
|---|---|---|---|
| Leslie Sai - Courtroom Manager<br>Honorable Manuel L. Real - USDC | 808-541-1303 | | 12:31pm /LK<br>1:00 |

**FROM:** Barbara A. Petrus          **PHONE:** (808) 547-5792

**RE:** John A. Moffett v. SMF Systems Corporation et al.    **MATTER NO:** 95595
Civil No.: CV0300130 MLR/BMK
Trial Date: September 19, 2005

| NUMBER OF PAGES WITH COVER PAGE: 3 | |
|---|---|

**Message:**

Letter dated September 8, 2005:

*"We are in receipt of defense counsel's letter to the Court dated September 6, 2005...."*

*If you do not receive all of the pages or if they are illegible, please call
the fax room at (808) 547-5600, ext. 528.*

CONFIDENTIALITY: The information contained in this fax message is intended for the confidential use of the persons named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If you have received this document in error, any review or distribution of this message is strictly prohibited, and you should notify us immediately by telephone and return the original message to us by mail. Thank you.

*1046315.1*

## EXHIBIT 4

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

September 8, 2005

**VIA FACSIMILE**

The Honorable Manuel L. Real
c/o United States District Court for the District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96813
ATTN: Leslie Sai, Courtroom Manager

  Re: **John A. Moffett v. SMF Systems Corporation et al.**
     **Civil No. CV0300130 MLR/BMK**
     **Trial Date: September 19, 2005**

Dear Judge Real:

  We are in receipt of defense counsel's letter to the Court dated September 6, 2005 addressing, among other things, potential issues for the pretrial conference in this matter.

  Plaintiff respectfully would also like to address several matters in advance of trial. These include:

  1. Motions for Summary Judgment. Yesterday we received a copy of the Minute Order of the Court's rulings on the Motions for Summary Judgment. In light of the Minute Order, which reflects a dismissal of "Count 9" of the Complaint (Plaintiff's Complaint only contains Counts 1 through 8) and does not specifically identify the names of the claims, Plaintiff believes there is confusion as to which claims were actually dismissed, and would like to seek clarification either through a formal motion for clarification or through a pretrial conference.

  2. Motions in limine. Several of Defendants' motions in limine relate to witnesses, some of whom are on the mainland and need to make travel arrangements. For the sake of their travel planning, an early determination on motions to exclude these witnesses would be helpful.

  3. Trial schedule. For witness schedule purposes, we would respectfully ask the Court to give the parties an indication of the anticipated trial schedule. By way of example:

    a. Is the trial expected to start on the 19th, or will the Court have other cases to attend to on that Monday?

1046074.1

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

The Honorable Manuel L. Real
September 8, 2005
Page 2

    b. What particular matters will the Court initially take up before jury selection? For example, will the Court address at that time the motions in limine or other matters? How long does the Court allot for such matters?

    c. How will the Court conduct jury selection? Will counsel be allowed to directly question potential jurors? How long does the Court allot for jury selection?

    d. Witness schedules. There are a few subpoenaed witnesses who are scheduled to be out of town (either on the mainland or in other countries) for work reasons during some or all of the trial. We would like to discuss with the Court and defense counsel how best to address this so we do not have to take these people away from their work duties.

    4. Logistical matters for trial. We would like to get the Court's views on whether Power Point, overhead projectors, or the like, will be allowed at trial.

            Very truly yours,

            *[signature]*

            Barbara A. Petrus
            Donna H. Kalama
            LindaLee K. Farm

cc: Lynne T. T. Toyofuku
   Nichole K. Shimamoto