808 541 : 303    U.S. DISTRICT COURT                11:59:45 a.m.   10-14-2005         1/3

# FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808)
Fax Number (808)

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

---

| | |
|---|---|
| TO: | Dawn Sugihara |
| FAX NO: | 547-5880 |
| FROM: | Leslie L. Sai |
| DATE SENT: | 10/14/2005 |

Number of pages including cover sheet __3__

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

**EXHIBIT 6**

808 541 1303    U.S. DISTRICT COURT              11:59:53 a.m.    10-14-2005    2/3

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/6/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV NO. 03-00130MLR
CASE NAME:     John A. Moffett Vs. SMF Systems Corporation
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:  Manuel L. Real           REPORTER:
DATE:   10/6/2005                TIME:

COURT ACTION: EO: Amendment to Court Minutes filed on September 19, 2005 Regarding Various Motions in Limine.

As to No. 9 on Calendar-Defendants SMF Systems Corporation, Tom Caffrey, Ruby Caffrey's Motion in Limine No. 6 to exclude testimony of Ryan Blount, Lisa Medreno, Rob Schady, Lt. Co. John Stancu, Scott Swim, Lt. Col. Christopher Teasly and Bernard Vailuu (Docket No. 103)-is hereby Granted except ruling is reserved.

As to No. 10 on Calendar-Defendants SMF Systems Corporation, Tom Caffrey, Ruby Caffrey's Motion in Limine No. 7 to exclude Testimony of Monica Nelson (Docket No. 104)-No Ruling was issued by the Court.

As to No. 11 on Calendar-Defendants SMF Systems Corporation, Tom Caffrey, Ruby Caffrey's Motion in Limine No. 8 to exclude all testimony and evidence related to Mark Johnson (Docket No. 105)-No Ruling was issued by the Court at the 9/19/05 Hearing.

As to No. 16 on Calendar-Defendants SMF Systems Corporation, tom Caffrey, Ruby caffrey's Motion in Limine No. 13 to exclude testimony and evidence regarding complaints by individuals other than Plaintiff (Docket No. 110)-is hereby Granted.

As to No. 18 on Calendar-Defendants SMF Systems Corporation, Tom Caffrey, Ruby Caffrey's Motion in Limine No. 16 to exclude hearsay and/or speculative testimony regarding alleged statements of other individuals (Docket No. 113)-No Ruling was made.

As to No. 19 on Calendar-Defendants SMF Systems Corporation, Tom Caffrey, Ruby Caffrey's Motion in Limine No. 17 to exclude hearsay and/or speculative testimony regarding all aspects of the investigations by the U.S. Inspector General and the Hawaii Fraud Resident Agency (Docket No. 114)-No ruling was made.

As to No. 21 on Calendar-Defendants SMF Systems Corporation, Tom Caffrey, Ruby Caffrey's Motion in Limine No. 19 to exclude alleged performance evaluation of plaintiff and related testimony (Docket No. 116)-is hereby Denied.

Submitted by Leslie L. Sai, Courtroom Manager