1          IN THE UNITED STATES DISTRICT COURT FOR THE

2                       DISTRICT OF HAWAII

3   JOHN A. MOFFETT,           )    CIVIL NO. 03-00130MLR
                               )
4             Plaintiff,       )    Honolulu, Hawaii
                               )    September 19, 2005
5        vs.                   )
                               )
6   SMF SYSTEMS CORPORATION,   )    JURY TRIAL
    et al.,                    )    (TESTIMONY OF JOHN MOFFETT)
7             Defendants.      )
    _____)

8
                  PARTIAL TRANSCRIPT OF JURY TRIAL
9           BEFORE THE HONORABLE MANUEL L. REAL,
                  UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12   For the Plaintiff:        BARBARA A. PETRUS, Esq.
                               LINDALEE K. FARM, Esq.
13                             DONNA H. KALAMA, Esq.
                               Goodsill Anderson Quinn & Stifel
14                             Alii Place, Suite 1800
                               1099 Alakea Street
15                             Honolulu, Hawaii 96813

16   For the Defendants:       LYNNE T. T. TOYOFUKU, Esq.
                               NICHOLE K. SHIMAMOTO, Esq.
17                             Marr Hipp Jones & Wang
                               1001 Bishop Street
18                             1550 Pauahi Tower
                               Honolulu, Hawaii 96813

19

20   Official Court Reporter:  Cynthia Tando Fazio, RMR, CRR
                               United States District Court
21                             P.O. Box 50131
                               Honolulu, Hawaii 96850
22

23

24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT)

**EXHIBIT 7**

1   Q    And what is your salary with Intrado?

2   A    Right now my salary is a little over $104,000 a year.

3   Q    What was it at the time that you started?

4   A    I started it was a little over $95,000 a year.

5   Q    Mr. Moffett, did you have plans as to how long you were

6   going to work?

7   A    Yes, I expect I will be working into my 70s. My wife and

8   I -- we have a 22-month-old son.  We hope to have more

9   children.  So starting a family a little late in life, I plan

10  on working a bit longer.

11  Q    I would ask that you look at what we've marked as -- well,

12  first before that, while you were at Intrado, was there any

13  effect that your termination has on your work there?

14  A    Yes, there is.  When -- part of my job as information

15  security manager is when anyone is terminated, when anyone is

16  terminated, I get a page on my pager and I have to take

17  immediate action to suspend that person's account to take them

18  off the network for security purposes.  At times I'm also

19  required to accompany security to escort these people from the

20  building, and every time that happens I relive my own

21  experience of being terminated and the humiliation of being

22  escorted in front of the people you work with, escorted out of

23  the building.  So that's the continuing issue.

24  Q    Mr. Moffett, could you please review in front of you what

25  has been marked as Plaintiff's Exhibit 108?

1          COURT REPORTER'S CERTIFICATE

2

3          I, CYNTHIA TANDO FAZIO, Official Court Reporter,

4    United States District Court, District of Hawaii, Honolulu,

5    Hawaii, do hereby certify that the foregoing pages numbered 1

6    through 147 is a correct partial transcript of the proceedings

7    had in connection with the above-entitled matter.

8          DATED at Honolulu, Hawaii, October 24, 2005.

9

10

11                        _____

12                        CYNTHIA TANDO FAZIO, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25