```
 1                IN THE UNITED STATES DISTRICT COURT FOR THE
 2                           DISTRICT OF HAWAII
 3   JOHN A. MOFFETT,                )   CIVIL NO. 03-00130MLR
                                     )
 4             Plaintiff,            )   Honolulu, Hawaii
                                     )   September 21, 2005
 5        vs.                        )   9:15 a.m.
                                     )
 6   SMF SYSTEMS CORPORATION,        )   FURTHER JURY TRIAL
     et al.,                         )   VOLUME 3
 7             Defendants.           )
     _____)
 8
                          TRANSCRIPT OF JURY TRIAL
 9               BEFORE THE HONORABLE MANUEL L. REAL,
                      UNITED STATES DISTRICT JUDGE
10
     APPEARANCES:
11
     For the Plaintiff:           BARBARA A. PETRUS, Esq.
12                                LINDALEE K. FARM, Esq.
                                  DONNA H. KALAMA, Esq.
13                                Goodsill Anderson Quinn & Stifel
                                  Alii Place, Suite 1800
14                                1099 Alakea Street
                                  Honolulu, Hawaii 96813
15
16   For the Defendants:          LYNNE T. T. TOYOFUKU, Esq.
                                  NICHOLE K. SHIMAMOTO, Esq.
17                                Marr Hipp Jones & Wang
                                  1001 Bishop Street
18                                1550 Pauahi Tower
                                  Honolulu, Hawaii 96813
19
20   Official Court Reporter:     Cynthia Tando Fazio, RMR, CRR
                                  United States District Court
21                                P.O. Box 50131
                                  Honolulu, Hawaii 96850
22
23
24
     Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT)
```

**EXHIBIT 8**

```
 1    SMF per employee, based upon their individual circumstances,
 2    how much money should be refunded by SMF to those 401(k) plans.
 3    BY MS. FARM:
 4    Q    And with respect to your individual circumstance, what was
 5    the amount of money?
 6    A    Mr. Huey indicated it would be $150.
 7    Q    And did you receive the $150?
 8    A    No, I did not.
 9    Q    Have you ever received the $150?
10    A    No, I did not.  Mr. Huey indicated that the deposit should
11    have been made on February 11th, 2001, and my -- the statements
12    I received from the 401(k) plan indicated no such deposit.
13    Q    Could you please look at Exhibit 60?  That's six zero.
14    A    Yes.
15    Q    Could you tell us what that letter is -- I'm sorry, what
16    that document is.
17    A    This is a letter from Mr. Huey, senior investigator, U.S.
18    Department of Labor, where he identifies to me that he had
19    advised SMF that my share of the lost interest was $150, and
20    that this payment was made to participant's account on February
21    11th, 2002.
22         MS. FARM:  I would move Exhibit 60 into evidence, Your
23    Honor.
24         THE COURT:  Any objection?
25         MS. TOYOFUKU:  No objection, and my -- I guess I
```

```
 1                COURT REPORTER'S CERTIFICATE
 2
 3        I, CYNTHIA TANDO FAZIO, Official Court Reporter,
 4   United States District Court, District of Hawaii, Honolulu,
 5   Hawaii, do hereby certify that the foregoing pages numbered 1
 6   through 116 is a correct transcript of the proceedings had in
 7   connection with the above-entitled matter.
 8
          DATED at Honolulu, Hawaii, October 25, 2005.
 9
10
11                          _____
                                CYNTHIA TANDO FAZIO, RPR, CRR
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```