```
                                                                    4-1

 1              IN THE UNITED STATES DISTRICT COURT FOR THE

 2                        DISTRICT OF HAWAII

 3    JOHN A. MOFFETT,            )   CIVIL NO. 03-00130MLR
                                  )
 4           Plaintiff,           )   Honolulu, Hawaii
                                  )   September 22, 2005
 5       vs.                      )   9:42 a.m.
                                  )
 6    SMF SYSTEMS CORPORATION,    )   FURTHER JURY TRIAL
      et al.,                     )   VOLUME 4
 7           Defendants.          )
      _____)
 8
                        TRANSCRIPT OF JURY TRIAL
 9             BEFORE THE HONORABLE MANUEL L. REAL,
                   UNITED STATES DISTRICT JUDGE
10
      APPEARANCES:
11
      For the Plaintiff:          BARBARA A. PETRUS, Esq.
12                                LINDALEE K. FARM, Esq.
                                  DONNA H. KALAMA, Esq.
13                                Goodsill Anderson Quinn & Stifel
                                  Alii Place, Suite 1800
14                                1099 Alakea Street
                                  Honolulu, Hawaii 96813
15

16    For the Defendants:         LYNNE T. T. TOYOFUKU, Esq.
                                  NICHOLE K. SHIMAMOTO, Esq.
17                                Marr Hipp Jones & Wang
                                  1001 Bishop Street
18                                1550 Pauahi Tower
                                  Honolulu, Hawaii 96813
19

20    Official Court Reporter:    Cynthia Tando Fazio, RMR, CRR
                                  United States District Court
21                                P.O. Box 50131
                                  Honolulu, Hawaii 96850
22

23

24
      Proceedings recorded by machine shorthand, transcript produced
25    with computer-aided transcription (CAT).
```

**EXHIBIT 9**

1   up anything new.  As of today she's not a party.
2          MS. FARM:  Your Honor, we will look into -- well, Your
3   Honor, I won't argue the Motion for Reconsideration.  There are
4   different bases in which to bring a Motion for Reconsideration,
5   and we will present those in our Motion for Reconsideration at
6   this time, as it was error to dismiss her since she was the
7   plan administrator and is personally liable.
8          THE COURT:  She's not a party now.  When the matter
9   was tried.
10         All right.  What's the citation for Boone?
11         MS. FARM:  I'm sorry, Your Honor.  I didn't hear you.
12         THE COURT:  Boone versus Leavenworth?
13         MS. FARM:  20 F.3d 1108.
14         THE COURT:  All right.  We'll take a recess.  I'll
15  read some of these cases, and then we'll resume when I finish
16  that.  We'll be in recess.
17         (A recess was taken from 10:29 a.m. to 11:45 a.m.)
18         THE COURT:  All right.  You may be seated.
19         Court finds that at least as to the $150 claim delay
20  in the rollover, which was resolved by the Department of Labor,
21  that is Exhibit 60, and the written request, and plaintiff
22  never talked to the administrator, re the $150 interest on the
23  delay, the -- there is no evidence of who or what caused the
24  delay of the rollover or whether the administrator had any
25  control over the delay.

4-31

1  COURT REPORTER'S CERTIFICATE

2

3      I, CYNTHIA TANDO FAZIO, Official Court Reporter,

4  United States District Court, District of Hawaii, Honolulu,

5  Hawaii, do hereby certify that the foregoing pages numbered 1

6  through 30 is a correct transcript of the proceedings had in

7  connection with the above-entitled matter.

8      DATED at Honolulu, Hawaii, October 25, 2005.

9

10

11  _____
    CYNTHIA TANDO FAZIO, RMR, CRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25