# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 12, 2006

To All Counsel of Record as Appellees:

    IN RE:    JOHN A. MOFFETT vs. SMF SYSTEMS CORPORATION, et al.,

                CIVIL NO. 03-00130MLR-BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/30/05 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                    Sincerely Yours,
                                    SUE BEITIA, CLERK

                                    by: Laila M. Geronimo
                                        Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    JOHN A. MOFFETT (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS