GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>  Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>  Defendants. | CIVIL NO. 03-00130 MRL/BMK<br><br>PLAINTIFF JOHN A. MOFFETT'S NOTICE OF ORDERING TRANSCRIPTS; CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL: SEPTEMBER 19, 2005<br>JUDGE: HON. MANUEL L. REAL |

1164846.1

## PLAINTIFF JOHN A. MOFFETT'S NOTICE OF ORDERING TRANSCRIPTS

Pursuant to Fed. R. App. P. Rule 10(b) and 9th Cir. Circuit Rule 10-3.1, John A. Moffett hereby gives notice that he intends to order the following transcripts for the record on appeal, and is arranging for those proceedings on ESR Tape to be transcribed:

### Trial Transcripts

| Hearing Date | Court Reporter | Proceeding |
| --- | --- | --- |
| September 19, 2005 | Cynthia Tando Fazio | Opening Statements (Judge Manuel L. Real) |
| September 19, 2005 | Cynthia Tando Fazio | Jury Selection and Jury Trial (Judge Manuel L. Real) |
| September 20, 2005 | Cynthia Tando Fazio | Further Jury Trial (2nd Day) (Judge Manuel L. Real) |
| September 21, 2005 | Cynthia Tando Fazio | Further Jury Trial (3rd Day) Bench Trial on ERISA Issues (Judge Manuel L. Real) |
| September 22, 2005 | Cynthia Tando Fazio | Further Bench Trial on ERISA Issues Closing Arguments on ERISA Issues (Judge Manuel L. Real) |

### Pretrial Proceedings

| Hearing Date | Court Reporter | Proceeding |
| --- | --- | --- |
| March 11, 2005 | ESR TAPE (C6CD 2:07-2:33) | Hearing on Plaintiff's Motion to Compel Production of Documents by Defendants SMF Systems Corporation, Tom Caffrey, and Ruby Caffrey (Magistrate Judge Kurren) |

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| May 3, 2005 | ESR TAPE | Final Pretrial Conference (Magistrate Judge Kurren) |
| May 17, 2005 | Stephen Platt | Status Conference regarding Trial Date, etc. (Judge Manuel L. Real) |
| August 30, 2005 | Cynthia Tando Fazio/ Stephen Platt | Hearing on Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey Motion for Summary Judgment<br><br>Hearing on Defendants Tom Caffrey and Ruby Caffrey's Motion for Partial Summary Judgment<br><br>Final Pretrial Conference (Judge Manuel L. Real) |
| September 19, 2005 | Cynthia Tando Fazio | Hearing on Various Motions in Limine (Judge Manuel L. Real) |

DATED: Honolulu, Hawaii, January 13, 2006.

/s/ Dawn T. Sugihara
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>   Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; et al.,<br><br>   Defendants. | CIVIL NO. 03-00130 MRL/BMK<br><br>CERTIFICATE OF SERVICE |

1164846.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was duly served on this date upon the following person(s) at the address(es) listed below by the means indicated:

|  | Mail | Hand Delivery | ECF |
|---|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>NICHOLE K. SHIMAMOTO, ESQ.<br>Marr Hipp Jones & Wang<br>1001 Bishop Street, 1550 Pauahi Tower<br>Honolulu, HI 96813 |  |  | ✓ |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA 94549 | ✓ |  |  |

Attorneys for Defendants

DATED: Honolulu, Hawaii, January 13, 2006.

/s/ Dawn T. Sugihara
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT