**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU        4958-0
Email:  ltoyofuku@marrhipp.com
JENNIFER K. MURATA          8370-0
Email:  jmurata@marrhipp.com
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

H. CLYDE LONG, ESQ.
Email: longlawoffices@yahoo.com
Long Law Offices
950 Risa Road, 2nd Floor
Lafayette, California  94549
Tel. No. (925) 284-5575
Fax No. (925) 284-5659

Attorneys for Defendants
SMF SYSTEMS CORPORATION, TOM
CAFFREY AND RUBY CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE OF |
| | ) | JENNIFER K. MURATA AS |
| vs. | ) | COUNSEL FOR DEFENDANTS |
| | ) | SMF SYSTEMS CORPORATION, |
| SMF SYSTEMS CORPORATION, A | ) | TOM CAFFREY, AND RUBY |
| MARYLAND CORPORATION; TOM | ) | CAFFREY; CERTIFICATE OF |
| CAFFREY; RUBY CAFFREY; DOE | ) | SERVICE |
| CORPORATIONS 1-20; DOE | ) | |

75338/455.002

CORPORATIONS 1-20; DOE            )
ENTITIES 1-20; JOHN DOES 1-20;    )
JANE DOES 1-20; GOVERNMENTAL )
AGENCIES 1-20,                    )   TRIAL:  September 19, 2005
                                  )
                    Defendants.   )
_____ )

## NOTICE OF APPEARANCE OF JENNIFER K. MURATA
## AS COUNSEL FOR DEFENDANTS SMF SYSTEMS
## CORPORATION, TOM CAFFREY, AND RUBY CAFFREY

Jennifer K. Murata, of the law firm Marr Hipp Jones & Wang, A

Limited Liability Law Partnership LLP, attorneys for Defendants SMF Systems

Corporation, Tom Caffrey and Ruby Caffrey ("Defendants") in the above-

referenced matter, hereby gives notice of her appearance as counsel for

Defendants.

DATED:    Honolulu, Hawaii, January 16, 2006.

/s/ Jennifer K. Murata
LYNNE T. T. TOYOFUKU
JENNIFER K. MURATA

Attorneys for Defendants
SMF SYSTEMS CORPORATION,
TOM CAFFREY AND RUBY
CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | ) CV NO. 03-00130 MLR-BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| SMF SYSTEMS CORPORATION, A | ) |
| MARYLAND CORPORATION; TOM | ) |
| CAFFREY; RUBY CAFFREY; DOE | ) |
| CORPORATIONS 1-20; DOE | ) |
| PARTNERSHIPS 1-20; DOE ENTITIES | ) |
| 1-20; JOHN DOES 1-20; JANE DOES 1- | ) |
| 20; GOVERNMENTAL AGENCIES 1-20, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| BARBARA A. PETRUS, ESQ. | bpetrus@goodsill.com | Jan. 16, 2006 |
| LINDALEE K. (CISSY) FARM, ESQ. | lfarm@goodsill.com | Jan. 16, 2006 |
| DONNA H. KALAMA, ESQ. | dkalama@goodsill.com | Jan. 16, 2006 |
| ANNE T. HORIUCHI BELL, ESQ. | abell@goodsill.com | Jan. 16, 2006 |
| DAWN T. SUGIHARA, ESQ. | dsugihara@goodsill.com | Jan. 16, 2006 |

**GOODSILL ANDERSON QUINN & STIFEL**

75338/455.002

2

DATED:    Honolulu, Hawaii, January 16, 2006.


/s/ Jennifer K. Murata
LYNNE T. T. TOYOFUKU
JENNIFER K. MURATA

Attorneys for Defendants
SMF SYSTEMS CORPORATION,
TOM CAFFREY AND RUBY
CAFFREY