**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU        4958-0
Email:  ltoyofuku@marrhipp.com
JENNIFER K. MURATA        8370-0
Email:  jmurata@marrhipp.com
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

H. CLYDE LONG, ESQ.
Email: longlawoffices@yahoo.com
Long Law Offices
950 Risa Road, 2nd Floor
Lafayette, California  94549
Tel. No. (925) 284-5575
Fax No. (925) 284-5659

Attorneys for Defendants
SMF SYSTEMS CORPORATION, TOM
CAFFREY AND RUBY CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | ) CV NO. 03-00130 MLR-BMK |
| | ) |
| Plaintiff, | ) WITHDRAWAL OF NICHOLE K. |
| | ) SHIMAMOTO AS COUNSEL FOR |
| vs. | ) DEFENDANTS SMF SYSTEMS |
| | ) CORPORATION, TOM |
| SMF SYSTEMS CORPORATION, A | ) CAFFREY AND RUBY CAFFREY; |
| MARYLAND CORPORATION; TOM | ) CERTIFICATE OF SERVICE |
| CAFFREY; RUBY CAFFREY; DOE | ) |
| CORPORATIONS 1-20; DOE | ) |

75118/ 455.002

| | |
|---|---|
| CORPORATIONS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; JANE DOES 1-20; GOVERNMENTAL AGENCIES 1-20, ) ) ) ) ) ) ) ) ) | TRIAL: September 19, 2005 |
| Defendants. | |

## WITHDRAWAL OF NICHOLE K. SHIMAMOTO AS COUNSEL FOR DEFENDANTS SMF SYSTEMS CORPORATION, TOM CAFFREY AND <u>RUBY CAFFREY</u>

This is to inform the court that Nichole K. Shimamoto withdraws as counsel for Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey ("Defendants"). Lynne T. T. Toyofuku and Jennifer K. Murata of MARR HIPP JONES & WANG will still continue and remain to represent Defendants as counsel.

DATED: Honolulu, Hawaii, January 16, 2006.

                                                        /s/ Lynne T. T. Toyofuku
                                                        LYNNE T. T. TOYOFUKU
                                                        JENNIFER K. MURATA

                                                        Attorneys for Defendants
                                                        SMF SYSTEMS CORPORATION, TOM CAFFREY AND RUBY CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SMF SYSTEMS CORPORATION, A MARYLAND CORPORATION; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; JANE DOES 1-20; GOVERNMENTAL AGENCIES 1-20, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| BARBARA A. PETRUS, ESQ. | bpetrus@goodsill.com | January 16, 2006 |
| ANNE T. HORIUCHI BELL, ESQ. | abell@goodsill.com | January 16, 2006 |
| LINDALEE (CISSY) K. FARM, ESQ. | lfarm@goodsill.com | January 16, 2006 |
| DONNA H. KALAMA, ESQ. | dkalama@goodsill.com | January 16, 2006 |
| DAWN T. SUGIHARA, ESQ. | dsugihara@goodsill.com | January 16, 2006 |

**GOODSILL ANDERSON QUINN & STIFEL**

75118/ 455.002

DATED:   Honolulu, Hawaii, January 16, 2006.

           /s/ Lynne T. T. Toyofuku
           LYNNE T. T. TOYOFUKU
           JENNIFER K. MURATA

           Attorneys for Defendants
           SMF SYSTEMS CORPORATION,
           TOM CAFFREY AND RUBY
           CAFFREY