GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>    Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>    Defendants. | CIVIL NO. 03-00130 MLR/BMK<br><br>**CERTIFICATE OF SERVICE** RE TRANSCRIPT DESIGNATION AND ORDERING FORM FILED 1/13/06 AND ENTERED ON 1/19/06<br><br><br><br>TRIAL: SEPTEMBER 19, 2005<br>JUDGE: HON. MANUEL L. REAL |

1181672.1

CERTIFICATE OF SERVICE RE TRANSCRIPT
DESIGNATION AND ORDERING FORM
FILED 1/13/06 AND ENTERED ON 1/19/06

I hereby certify that a copy of the Transcript Designation and Ordering Form filed on January 13, 2006 and entered on January 19, 2006 in the above-referenced matter was duly served upon the following person(s) at the address(es) listed below by the means indicated:

|  | Mail | Hand Delivery | Fax | ECF |
|---|---|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>JENNIFER K. MURATA, ESQ.<br>Marr Hipp Jones & Wang<br>1001 Bishop Street<br>1550 Pauahi Tower<br>Honolulu, HI 96813<br>Attorney for Defendants |  |  |  | 1/19/06 |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA 94549<br>Attorneys for Defendants | 1 copy<br>1/20/06 |  |  |  |
| Hon. Manuel L. Real<br>U. S. District Judge<br>c/o Leslie Sai, Courtroom Manager<br>United States District Court For The District Of Hawaii<br>United States Courthouse<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | 2 copies<br>1/20/06 |  |  |  |

2

DATED: Honolulu, Hawaii, January 20, 2006.

/s/ Dawn T. Sugihara
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT

JOHN A. MOFFETT v. SMF SYSTEMS CORPORATION, et al.
Civil No. 03-00130 MLR/BMK, USDC/Hawaii

*(Certificate of Service re Transcript Designation and Ordering form Filed 1/13/06 and Entered on 1/19/06)*