ORIGINAL

Office of the Clerk

**UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850
Phone 541-1300

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 9 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

To:       The Honorable Manuel L. Real, United States District Judge

From:     Sue Beitia, Clerk of Court
          by Erin Taniguchi, Deputy Clerk

Date:     December 19, 2005

Re:       John A. Moffett vs. SMF Systems Corporation, etc., et al.
          Civil No. 03-00130MLR-BMK

          [✔]   Referral of Defendants SMF Systems Corporation, Tom Caffrey and Ruby
                Caffrey's Motion for Attorneys Fees and Costs

The above-referenced Motion has been filed pursuant to Fed.R.Civ.P. 54(d)(1). Under local rule and order, the matter is automatically referred to the magistrate Judge for adjudication as special master unless the presiding District Judge elects to proceed to adjudicate the matter.

[ ]   I elect to adjudicate this motion myself. An order retaining jurisdiction over this motion shall be prepared for my signature.

[✔]   I elect to have the Magistrate Judge adjudicate this motion as special master. Pursuant to local rule, the file will be forwarded to the Magistrate Judge for action on this motion.

_____
UNITED STATES DISTRICT JUDGE