# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**    JOHN A. MOFFETT vs. SMF SYSTEMS CORPORATION, et al.,

      **U.S. COURT OF APPEALS DOCKET NUMBER:** _06-15084_

      **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

      **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 03-00130MLR-BMK

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 23 2006
DISTRICT OF HAWAII

II     **DATE NOTICE OF APPEAL FILED:**    12/30/05

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

      **DOCKET FEE PAID ON:** 12/30/05       **AMOUNT:** $255.00

      **NOT PAID YET:**       **BILLED:**

      **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

      **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

      **IF YES, SHOW DATE:**       **& ATTACH COPY OF ORDER/CJA**

      **WAS F.P. STATUS REVOKED:**       **DATE:**

      **WAS F.P. STATUS LIMITED IN SOME FASHION?**

      **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

      Laila M. Geronimo

---

**AMENDED NOTIFICATION** _____ **PAID** _____ **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)