# ORIGINAL

Office of the Clerk

**UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850
Phone 541-1300

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at 8 o'clock and 00 min. A M /s/
SUE BEITIA, CLERK

*************************************************

To:     The Honorable Manuel L. Real, United States District Judge

From:   Sue Beitia, Clerk of Court

Date:   January 13, 2006

Re:     John A. Moffett vs. SMF Systems Corporation, et al.
        Civil No. 03-00130MLR-BMK

        [ ]    Referral of motion for Attorneys Fees and Costs

        [✔]    Referral of Objection/Review of Taxation of Bill of Costs

The above-referenced Motion has been filed pursuant to Fed.R.Civ.P. 54(d)(1). Under local rule and order, the matter is automatically referred to the magistrate Judge for adjudication as special master unless the presiding District Judge elects to proceed to adjudicate the matter.

[ ]    I elect to adjudicate this motion myself. An order retaining jurisdiction over this motion shall be prepared for my signature.

[✔]    I elect to have the Magistrate Judge adjudicate this motion as special master. Pursuant to local rule, the file will be forwarded to the Magistrate Judge for action on this motion.

                /s/ MANUEL L. REAL
                UNITED STATES DISTRICT JUDGE

