IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
AMENDED
Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __06-15084__   U.S. District Court Case No. __CV-03-00130 MRL/BMK__

Short Case Title __JOHN A. MOFFETT v. SMF SYSTEMS CORPORATION, et al.__

Date Notice of Appeal Filed by Clerk of District Court __December 30, 2005__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See attached sheet(s) | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __1/13/06__   Estimated date for completion of transcript __2/10/06__

Print Name of Attorney __BARBARA A. PETRUS__   Phone Number __(808) 547-5600__

Signature of Attorney __/s/ Barbara A. Petrus__

Address __c/o Goodsill Anderson Quinn & Stifel LLP__
__1099 Alakea Street, Suite 1800, Alii Place, Honolulu, HI 96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

<u>Moffett v. SMF Systems Corporation, et al.</u>
USDC Civil No. 03-00130

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| September 19, 2005 | Cynthia Tando Fazio | Opening Statements (Judge Manuel L. Real) |
| September 19, 2005 | Cynthia Tando Fazio | Jury Selection and Jury Trial (Judge Manuel L. Real) |
| September 20, 2005 | Cynthia Tando Fazio | Further Jury Trial (2nd Day) (Judge Manuel L. Real) |
| September 21, 2005 | Cynthia Tando Fazio | Further Jury Trial (3rd Day) Bench Trial on ERISA Issues (Judge Manuel L. Real) |
| September 22, 2005 | Cynthia Tando Fazio | Further Bench Trial on ERISA Issues Closing Arguments on ERISA Issues (Judge Manuel L. Real) |

## Pretrial Proceedings

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| March 11, 2005 | ESR TAPE (C6CD 2:07-2:33) | Hearing on Plaintiff's Motion to Compel Production of Documents by Defendants SMF Systems Corporation, Tom Caffrey, and Ruby Caffrey (Magistrate Judge Kurren) |
| May 17, 2005 | Stephen Platt | Status Conference regarding Trial Date, etc. (Judge Manuel L. Real) |

1164938.2

Moffett v. SMF Systems Corporation, et al.
USDC Civil No. 03-00130

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| August 30, 2005 | Cynthia Tando Fazio/ Stephen Platt | Hearing on Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey Motion for Summary Judgment<br><br>Hearing on Defendants Tom Caffrey and Ruby Caffrey's Motion for Partial Summary Judgment<br><br>Final Pretrial Conference<br><br>(Judge Manuel L. Real) |
| September 19, 2005 | Cynthia Tando Fazio | Hearing on Various Motions in Limine<br><br>(Judge Manuel L. Real) |

2