GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>                    Plaintiff,<br><br>      vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>                    Defendants. | CIVIL NO.  03-00130 MLR/BMK<br><br>**CERTIFICATE OF SERVICE** RE AMENDED TRANSCRIPT DESIGNATION AND ORDERING FORM<br><br><br><br>TRIAL:  SEPTEMBER 19, 2005<br>JUDGE:  HON. MANUEL L. REAL |

1181672.1

CERTIFICATE OF SERVICE RE AMENDED TRANSCRIPT
DESIGNATION AND ORDERING FORM

I hereby certify that a copy of the Amended Transcript Designation and Ordering Form in the above-referenced matter was duly served upon the following person(s) at the address(es) listed below by the means indicated:

| | Mail | Hand Delivery | Fax | ECF |
|---|---|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>JENNIFER K. MURATA, ESQ.<br>Marr Hipp Jones & Wang<br>1001 Bishop Street<br>1550 Pauahi Tower<br>Honolulu, HI 96813<br>Attorney for Defendants | | | | ☒ |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA 94549<br>Attorneys for Defendants | ☒ | | | |

DATED: Honolulu, Hawaii, February 21, 2006.

/s/ Barbara A. Petrus
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT