# Amended Exhibit A

Corrected amounts and explanations are noted in red.

### Fees of the Clerk

| | | | |
|---|---|---|---|
| 3/11/04: | Application for Admission Pro Hac Vice of H. Clyde Long, Esq. | $ | 100.00 |
| | **Total:** | $ | 100.00 |

### Service of Subpoenas:

5/5/04: Service and mileage fee for Subpoena served on Custodian of Records, Northrop Grumman Information Technology TASC
    Service Fee:      $125.00
    ~~UPS/Fed Ex:~~      ~~$ 25.00~~
    ~~$150.00~~
    ~~$150.00~~ 125.00

3/23/05: Service and mileage fee for Subpoena served on Custodian of Records, Dr. Kenneth Luke      $ 17.00

4/8/05: Service and mileage fee for Subpoena served on Custodian of Records, Dr. Laurence Granston
    Service Fee:      $125.00
    ~~Special Handling (rush etc):~~      ~~$ 45.00~~
    ~~$170.00~~
    ~~$170.00~~ 125.00

4/8/05: Service and mileage fee for Subpoena served on Custodian of Records, Thomas L. Fiester, Ph.D.
    Service Fee:      $125.00
    ~~Attempts/Locate:~~      ~~95.00~~
    ~~Subpoena Prep:~~      ~~$ 45.00~~
    ~~$265.00~~
    ~~$265.00~~ 125.00

4/8/05: Service and mileage fee for Subpoena served on Custodian of Records, Dr. Haleh Nekoorad-Long
    Service Fee:      $125.00
    ~~Special Handling (rush etc.):~~      ~~45.00~~
    ~~UPS/Fed Ex/DHL:~~      ~~$ 25.00~~
    ~~$195.00~~
    ~~$195.00~~ 125.00

| | | | |
|---|---|---|---|
| 4/11/05: | Service and mileage fee for Subpoena of Monica Nelson | | $~~132.50~~ 97.50 |
| | Attempts/Locate: $ 97.50 | | |
| | ~~Special Handling (rush etc.):   $ 35.00~~ | | |
| | ~~$132.50~~ | | |
| | | Total: | $~~929.50~~ 614.50 |

**Court Reporter Fees**:

| | | |
|---|---|---|
| 5/14/04: | Written Deposition of Custodian of Records, Northrop Grumman Information Technology TASC | $~~161.95~~ 131.45 |
| | Minimum 0+1 Transcript        125.00 | |
| | Exhibit Copies (pages)              5.25 | |
| | Bate Stamp                              1.20 | |
| | ~~Delivery and Handling          30.50~~ | |
| | ~~161.95~~ | |
| 9/27/04: | Oral Deposition of John A. Moffett (Volume 1) | $ 1,112.58 |
| 3/25/05: | Oral Deposition of I. Robert Nehmad | $   326.77 |
| 3/31/05: | Oral Deposition of Thomas Caffrey | $~~658.18~~ 459.80 |
| | copy pages - business rate:          377.20 | |
| | ~~Expedite: 7 working days - 40%   150.88~~ | |
| | Exhibit copies (pages)                  82.60 | |
| | ~~Condensed Transcript               12.50~~ | |
| | ~~Delivery and Handling               35.00~~ | |
| | ~~658.18~~ | |
| 4/1/05: | Oral Deposition of Ruby Caffrey | $~~632.00~~ 385.00 |
| | copy of transcript                       305.90 | |
| | Exhibit copies (pages)                  79.10 | |
| | ~~Realtime or rough disk, per pg.   199.50~~ | |
| | ~~Condensed copy                       12.50~~ | |
| | ~~Delivery and Handling               35.00~~ | |
| | ~~632.00~~ | |
| 4/6/05: | Written Deposition of Custodian of Records, Thomas L. Fiester, Ph.D. | $~~290.41~~ 150.58 |
| | Affidavit of Custodian of Records    150.00 | |
| | ~~Expedite 5 working days - 60%        7.08~~ | |
| | Exhibit Copies (pages)                       .50 | |
| | ~~UPS Overnight                            88.00~~ | |
| | Bate Stamp                                     .08 | |
| | ~~Delivery and Handling                  44.75~~ | |
| | ~~290.41~~ | |

| | | | |
|---|---|---|---|
| 4/6/05: | Written Deposition of Custodian of Records, Dr. Laurence Granston | | $~~314.81~~ 150.37 |
| | Minimum 0+1 Transcript | 125.00 | |
| | ~~Expedite: 5 working days - 60%~~ | ~~28.44~~ | |
| | Exhibit Copies (pages) | 20.65 | |
| | Bate Stamp | 4.72 | |
| | ~~UPS Overnight~~ | ~~88.00~~ | |
| | ~~Delivery and Handling~~ | ~~48.00~~ | |
| | | ~~314.81~~ | |
| 4/6/05: | Written Deposition of Custodian of Records, Dr. Haleh Nekoorad-Long | | $~~198.23~~ 153.48 |
| | Affidavit of Custodian of Records | 150.00 | |
| | Exhibit Copies (pages) | 3.00 | |
| | Bate Stamp | .48 | |
| | ~~Delivery and Handling~~ | ~~44.75~~ | |
| | | ~~198.23~~ | |
| 4/9/05: | Oral Deposition of Lt. Mark Johnson | | $~~236.50~~ 176.50 |
| | Copy of Transcript 54 pgs @ 3.25 each | 175.50 | |
| | 2 Exhibit copies | 1.00 | |
| | ~~Condensed Copy~~ | ~~25.00~~ | |
| | ~~Shipping and Handling~~ | ~~35.00~~ | |
| | | ~~236.50~~ | |
| 4/11/05: | Written Deposition of Custodian of Records, Dr. Kenneth Luke | | $ 121.82 |
| 4/13/05: | Oral Deposition of Peter Pay | | $~~282.50~~ 172.50 |
| | Copy Pages - personal injury rate | 172.50 | |
| | ~~Condensed transcript after shipment~~ | ~~25.00~~ | |
| | ~~E-Transcript after job ships~~ | ~~25.00~~ | |
| | ~~ASCII after job ships~~ | ~~25.00~~ | |
| | ~~Delivery and Handling~~ | ~~35.00~~ | |
| | | ~~282.50~~ | |
| 4/14/05: | Oral Deposition of Richard Kelley | | $~~261.95~~ 215.05 |
| | Copy pages - medical/expert | 164.65 | |
| | Exhibit copies (pages) | 50.40 | |
| | ~~Condensed Transcript~~ | ~~12.50~~ | |
| | ~~Delivery and Handling~~ | ~~35.40~~ | |
| | | ~~261.95~~ | |
| 4/15/05: | Oral Deposition of John A. Moffett (Volume 2) | | $ 789.76 |
| 5/3/05: | Transcription fee, U.S. District Court, Final Pre-trial Conference before Judge Barry Kurren | | $ 26.00 |

| | | | | |
|---|---|---|---|---|
| 9/1905 - 9/22/05: | Trial Transcripts, U.S. District Court, Cynthia Fazio, Court Reporter | | $ | ~~2,430.30~~ 1,364.68 |
| | Ordinary Charge | 1,364.68 | | |
| | ~~Realtime~~ | ~~1,023.00~~ | | |
| | | ~~2,430.30~~ | | |
| | | Total: | | ~~$7,843.76~~ 5,736.34 |

**In-House Printing Costs**:

| | | | |
|---|---|---|---|
| 6,377 pages at 15¢ a page: | | $ | 956.55 |

**Outside Printing Costs**:

| | | | | |
|---|---|---|---|---|
| 3/17/04: | Copy of Equal Employment Opportunity Commission's file | | $ | 22.20 |
| | | Total: | $ | 978.75 |

**Other Costs:**

| | | | | |
|---|---|---|---|---|
| 3/29/05: | Round trip airfare for John Moffett's travel from Denver to Honolulu for his attendance at his April 15, 2005 oral deposition | | $ | 861.80 |
| 4/11/05: | Round trip airfare for Tom Caffrey's travel from California to Honolulu for the April 12, 2005 settlement conference before Judge Barry Kurren | | | ~~$1,303.33~~ 1,117.51 |
| | Inadvertently cited incorrect amount. Correct amount of airfare and change fee is as follows: | | | |
| | Airfare: | 1,117.51 | | |
| | ~~Date change fee:~~ | ~~109.99~~ | | |
| | | ~~1,227.50~~ | | |

| Date | Description | Amount |
|---|---|---|
| 4/11/05 - 4/13/05: | Lodging and meals for Tom Caffrey to attend April 12, 2005 settlement conference before Judge Barry Kurren<br>GSA maximum per diem lodging for Oahu $129.00/day<br>GSA maximum per diem meals for Oahu is $77.00/day<br>Charged:<br>  Per diem lodging (1 day):  $129.00<br>  Meals claimed on Expense Report<br>    4/11/05:  75.83<br>    4/12/05:  75.84<br>    ~~4/13/05:~~  ~~75.83~~<br>    280.67 | ~~$628.20~~<br>280.67 |
| 4/15/05: | Lodging for John Moffett's stay at Aston Executive Center. Travel to Honolulu for his April 15, 2005 oral deposition. | $ 128.13 |
| 4/15/05: | John Moffett's travel expenses (i.e., gas, parking, taxi and dinners). Travel expenses to Honolulu for his April 15, 2005 oral deposition. | $ 172.59 |
| 9/17/05: | Round trip airfare for Tom Caffrey and Ruby Caffrey's travel from California to Honolulu for September 19, 2005 trial<br>9/17/05 Airfare from San Francisco to Honolulu, ~~1st class:~~  ~~2,515.02~~<br>9/22/05 Airfare from Honolulu to San Francisco, Coach:  1,166.02<br>  ~~3,681.04~~<br><br>Charged:<br>1,166.02 each way = $2,332.04 | ~~$3,678.04~~<br>2,332.04 |

72424/455.002      5

| Date | Description | | Amount |
|---|---|---|---|
| 9/17/05 - 9/23/05: | Lodging and meals for Tom and Ruby Caffrey to attend September 19, 2005 trial | | $~~2,909.00~~ 2,010.00 |
| | Hotel expense: | ~~2,370.00~~ | |
| | Charged: GSA maximum per diem lodging per person for Oahu is $129.00/day. GSA maximum for 6 days (9/17/05 - 9/22/05) = $774.00 per person. | | |
| | 774 x 2 (for M/M Caffrey): | $1,548.00 | |
| | Per Diem Meals: | | |
| | 9/17/05: | 77.00 | |
| | 9/18/05: | 77.00 | |
| | 9/19/05: | 77.00 | |
| | 9/20/05: | 77.00 | |
| | 9/21/05: | 77.00 | |
| | 9/22/05: | 77.00 | |
| | ~~9/23/05:~~ | ~~77.00~~ | |
| | | ~~2,909.00~~ 2,010.00 | |
| 9/16/05: | Round trip airfare for Richard Kelley's travel from Florida to Honolulu for September 19, 2005 trial | | $~~1,748.46~~ 1,457.48 |
| | Airfare from Florida to Honolulu: | $ 815.79 | |
| | ~~Change fee:~~ | ~~113.98~~ | |
| | Airfare from Honolulu to Florida: | 641.69 | |
| | ~~Change fee:~~ | ~~177.00~~ | |
| | | ~~1,748.46~~ 1,457.48 | |

| | | | |
|---|---|---|---|
| 9/16/05 - 9/23/05: | Lodging, meals and travel expenses (i.e., rental car, parking, gas) for Richard Kelley to attend September 19, 2005 trial | | ~~$1,796.01~~ 861.21 |

Lodging cost: ~~$1,708.80~~
   ($254.00/night from 9/16/05 - 9/21/05
   plus tax and fee. Incidental charges,
   i.e., Wayport internet charges, movies,
   local telephone calls, laundry, etc.
   were not included in lodging cost.)
Charged:
GSA maximum per diem lodging per
person for Oahu is $129.00/day.
Charged GSA maximum for 6 days
(9/16/05 - 9/21/05) =                    $774.00

Meals (as shown on Renaissance Ilikai
   Waikiki Hotel Invoice)
9/17/05 Room service breakfast:          27.77
9/18/05 Canoe's breakfast:               22.27
9/19/05 Canoe's lunch:                   22.27
9/19/05 Room service dinner:             14.90
                                      ~~1,796.01~~
                                        861.21

|  |  | Total | $ ~~13,225.56~~ 9,221.43 |
|---|---|---|---|
| *Note: This Grand Total also includes the fees for witnesses which equal to $160.00* | | GRAND TOTAL | ~~$23,237.57~~ 16,651.02 (less 6,586.55) |

72424/455.002                    7