# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005005452
04-11-2005

Marr Hipp Jones & Pepper
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu HI 96813

Your Contact: Joyce
**Case Number: 03-00130**

Plaintiff:
**Moffett**

Defendant:
**SMF Systems Corporation**

Completed: 3/23/2005
To be served on: Monica Nelson

*Proof of Service Attached*

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Attempts/Locate | 1.00 | 97.50 | 97.50 |
| Special Handling (Rush etc) | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | $132.50 |
| **BALANCE DUE:** | | | $132.50 |



RECEIVED APR 18 2005

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

**EXHIBIT "M"**

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005005540
04-08-2005

Marr Hipp Jones & Pepper
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu HI 96813

Reference Number: 67184.1/455.002
Your Contact: Wendy Y. V.
**Case Number: 03-00130 HG BMK**

Plaintiff:
**John A. Moffett**

Defendant:
**SMF Systems Corporation, A Maryland Corporation, Tom Caffrey, Ruby Caffrey**

*Proof of Service Attached*

Completed: 3/31/2005
To be served on: C/R THOMAS L. FIESTER

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Attempts/Locate | 1.00 | 95.00 | 95.00 |
| Subpoena Prep | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | **$265.00** |// 
| **BALANCE DUE:** | | | **$265.00** |


RECEIVED APR 18 2005

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

## INVOICE

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA  91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005005538
04-08-2005

Marr Hipp Jones & Pepper
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu HI 96813

Reference Number: 67184.1/455.002
Your Contact: Wendy Y. V.
**Case Number:  03-00130 HG BMK**

Plaintiff:
**John A. Moffett**

Defendant:
**SMF Systems Corporation, A Maryland Corporation, Tom Caffrey, Ruby Caffrey**

*Proof of Service Attached*

Completed: 3/31/2005
To be served on: C/R Dr Haleh Nekoorad-Long

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Special Handling (Rush etc) | 1.00 | 45.00 | 45.00 |
| U P S/ Fed Ex./D H L | 1.00 | 25.00 | 25.00 |
| **TOTAL CHARGED:** | | | **$195.00** |
| **BALANCE DUE:** | | | **$195.00** |


RECEIVED APR 1 8 2005

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

# INVOICE

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA  91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005005539
04-08-2005

Marr Hipp Jones & Pepper
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu HI 96813

Reference Number: 67184.1/455.002
Your Contact: Wendy Y. V.
**Case Number:  03-00130 HG BMK**

Plaintiff:
**John A. Moffett**

Defendant:
**SMF Systems Corporation, A Maryland Corporation, Tom Caffrey, Ruby Caffrey**

Completed: 3/31/2005
To be served on: C/R Dr Laurence Granston

*Proof of Service Attached*

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Special Handling (Rush etc) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $170.00 |

**BALANCE DUE:**  $170.00



RECEIVED APR 1 8 2005

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i