GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

BARBARA A. PETRUS            3238-0
    bpetrus@goodsill.com
ANNE T. HORIUCHI             7116-0
    ahoriuchi@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>               Plaintiff,<br><br>  vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>             Defendants. | CIVIL NO. 03-00130 HG/BMK<br><br>PLAINTIFF'S INITIAL DISCLOSURES<br><br><br><br><br><br><br><br>TRIAL:   No Trial Date Set. |

COPY SENT TO CLIENT
DATE: _12/18/03_
INITIALS: _CB_

560155.1          RECEIVED DEC 1 6 2003          **EXHIBIT "N"**

<u>PLAINTIFF'S INITIAL DISCLOSURES</u>

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure,

Plaintiff JOHN A. MOFFETT ("Moffett") hereby submits his Initial Disclosures:

## I.    INITIAL DISCLOSURE OF PERCIPIENT WITNESSES

Moffett submits the following list of individuals who may have

discoverable information in support of his claims or otherwise relevant to disputed

facts herein:

1.    John A. Moffett
c/o Barbara A. Petrus, Esq.
Goodsill Anderson Quinn & Stifel LLP
1099 Alakea Street, Suite 1800
Honolulu, Hawaii  96813
(808) 547-5600
Will testify as to issues of liability and damages including, but not limited to: his employment with SMF Systems Corporation; his knowledge of the sexual harassment against Monica Nelson and of illegal and/or improper activities at SMF Systems; his complaints to Defendants and to the Department of Defense Hotline ("DOD Hotline"); the subsequent investigation into his complaint to the DOD Hotline; his termination from employment; and Defendants' ongoing retaliatory actions against him.

2.    Tom Caffrey
c/o Lynne T. Toyofuku, Esq.
Dwyer Schraff Meyer Jossem & Bushnell
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
(808) 524-8000
Will testify as to issues of liability including, but not limited to: the employment of Moffett; Moffett's complaints regarding

the sexual harassment against Monica Nelson and of other illegal and/or improper activities at work; SMF Systems' failure to respond to Moffett's complaints; and his termination of Moffett.

3.    Ruby Caffrey
c/o Lynne T. Toyofuku, Esq.
Dwyer Schraff Meyer Jossem & Bushnell
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
(808) 524-8000
Will testify as to issues of liability including, but not limited to: Moffett's complaints to her regarding sexual harassment against Nelson and of other illegal and/or improper activities at work; SMF Systems' failure to respond to Moffett's complaints; her correspondence with Moffett concerning irregularities in SMF Systems' handling of contributions into Moffett's 401(k) plan; the telephone discussion she had with Moffett in March 2001; and Moffett's termination from SMF Systems.

4.    Monica Nelson
13208 Myford Road, #401
Tustin, California 92782
(714) 389-1694
Will testify as to issues of liability including, but not limited to: the sexual harassment against her by David Millard and Wes Green; her informing Moffett of these incidents of sexual harassment; her giving Moffett permission to complain about the sexual harassment to SMF Systems; her being interviewed by U.S. Army investigators after Moffett complained to the DOD Hotline; and her termination from employment following this interview.

5.      Robert Nehmad
        935 Kauku Place
        Honolulu, Hawaii 96825
        (808) 396-1910
        Will testify as to issues of liability including, but not limited
        to: his knowledge of Monica Nelson's complaint to him about
        sexual harassment; his knowledge of Moffett's complaint to
        him about the sexual harassment against Nelson and of other
        illegal and/or improper activities at SMF Systems; and his
        knowledge of SMF Systems' failure to respond to those
        complaints.

6.      Lt. Col. Mark Johnson (ret.)
        10605 Shadow Lane
        Fairfax Station, VA 22039
        (703) 405-0061 (cell)
        Will testify as to issues of liability including, but not limited
        to: his knowledge of the phone call in early March 2001
        between Moffett and Ruby Caffrey, which Tom Caffrey
        referred to as "unprofessional" and on which he claimed to
        have based Moffett's termination.

7.      Anna Louie
        91-1533 Halahinano Street
        Kapolei, Hawaii 96707
        (808) 778-1170
        Will testify as to issues of liability including, but not limited
        to: her supervision of Moffett at SMF Systems; her knowledge
        of Moffett's termination; and her knowledge regarding illegal
        and/or improper activities that occurred at SMF Systems.

8.      Edward Cheski
        6370 Hawaii Kai Drive, #50
        Honolulu, Hawaii 96825
        (808) 781-3891 (cell)
        Will testify as to issues of liability including, but not limited
        to: his knowledge of the sexual harassment against Monica
        Nelson; his knowledge that SMF Systems failed to respond to
        Nelson's complaint of the sexual harassment; his knowledge

4

that Nelson gave permission to Moffett to complain to SMF Systems; and his knowledge that Moffett complained on behalf of Nelson to SMF Systems and then to the government.

9.   Katherine M. Elliott Perez
     91-1017 Kaileonui Street
     Ewa Beach, Hawaii  96706
     (808) 258-2090
     Will testify as to issues of liability including, but not limited to: her knowledge of the sexual harassment against Monica Nelson; her knowledge of Nelson complaining about the harassment to SMF Systems; her knowledge that Nelson gave permission to Moffett to complain to SMF Systems; and her knowledge that Moffett complained on behalf of Nelson to SMF Systems.

10.  Lori Hoffman
     91-1071 Namahoe Street
     Kapolei, Hawaii  96707
     (808) 471-8692
     Will testify as to issues of liability including, but not limited to: her knowledge of the sexual harassment against Monica Nelson; and her knowledge of illegal and/or improper activities at SMF Systems.

11.  Doreen Vining (fka Doreen Jordan)
     91-217 Lukini Place
     Ewa Beach, Hawaii  96706
     (808) 685-3106
     Will testify as to issues of liability including, but not limited to: her knowledge of the sexual harassment against Nelson; and her knowledge of illegal and/or improper activities at SMF Systems.

12.  Rowena Tanicala
     Address currently unknown
     (808) 780-1649 (cell)
     Will testify as to issues of liability including, but not limited to: her knowledge of actions taken against Moffett following

his termination from SMF Systems; and her knowledge of illegal and/or improper activities at SMF Systems.

13.   Peter Noel
      2149 Pauole Place
      Honolulu, Hawaii 96821
      (808) 438-0992
      Will testify as to issues of liability including, but not limited to: his knowledge that SMF Systems maintains the support contract at the 516th Signal Brigade at Fort Shafter

14.   Scott Swim
      Address and phone number currently unknown
      Will testify as to issues of liability including, but not limited to: his knowledge of the improprieties and/or illegalities that occurred at SMF Systems.

15.   Rob Schady
      Address currently unknown
      (520) 538-7855
      May testify as to issues of liability, including but not limited to: his knowledge of illegal and/or improper activities at SMF Systems.

16.   Laura O'Brennan
      Contracting Officer, U.S. Army Network Enterprise Technology Command (NETCOM)
      Fort Huachuka, Arizona
      (520) 538-8698
      May provide testimony concerning SMF Systems having a current contract to provide technical services to support the 516th Signal Brigade at Fort Shafter, Hawaii, and that this contract was awarded on November 1, 2002 for one year and is currently being extended month by month.

17.    Matthew Olsen
       GS-13
       516th Signal Brigade, Fort Shafter, Hawaii
       (808) 438-8227
       May provide testimony concerning SMF Systems having a
       current contract to provide technical services to support the
       516th Signal Brigade at Fort Shafter, Hawaii.

18.    Mick Hipsher
       Criminal Investigation Division, Special Agent
       Schofield Barracks, Hawaii
       (808) 655-2517
       May provide testimony concerning his investigation into
       Moffett's complaint to the DOD Hotline.

19.    Lisa Medreno
       Criminal Investigation Division, Special Agent
       Address and phone number currently unknown
       May provide testimony concerning her investigation into
       Moffett's complaint to the DOD Hotline.

20.    Ryan Blount
       Criminal Investigation Division, Special Agent
       Address and phone number currently unknown
       May provide testimony concerning his investigation into
       Moffett's complaint to the DOD Hotline.

21.    Bernard Vaiulu
       Criminal Investigation Division, Special Agent
       Address and phone number currently unknown
       May provide testimony concerning his investigation into
       Moffett's complaint to the DOD Hotline.

22.    Lt. Col. Christopher C. Teasly, Inspector General
       Address and phone number currently unknown
       May provide testimony concerning Moffett's complaint to the
       DOD Hotline and the investigation of that complaint.

23.  Lt. Col. John Stancu
     Address and phone number currently unknown
     May provide testimony concerning Moffett's complaint to the
     DOD Hotline and the investigation of that complaint.

24.  Lt. Col. Matt Sweeny
     Address and phone number currently unknown
     May provide testimony concerning Moffett's complaint to the
     DOD Hotline and the investigation of that complaint.

25.  Dr. Kenneth Luke
     600 Kapiolani Boulevard, Suite 402
     Honolulu, Hawaii  96813
     (808) 537-2665
     Will testify as to issues of damages, including but not limited
     to: his treatment of Moffett.

26.  Mette Moffett
     c/o Barbara A. Petrus, Esq.
     Goodsill Anderson Quinn & Stifel LLP
     1099 Alakea Street, Suite 1800
     Honolulu, Hawaii  96813
     (808) 547-5600
     Will testify as to issues of damages including, but not limited
     to: the effects of SMF Systems' actions upon Moffett.

In addition to the foregoing, Moffett adopts and incorporates by reference herein the witnesses and their respective bases of testimony contained in the Initial Disclosures filed by all other parties herein.

Moffett reserves the right to supplement this list, if appropriate, as additional information is learned.  Moffett has not made a decision regarding the retention of consulting or testifying experts at this time, but reserves the right to offer testimony of an expert or experts.

8

## II.    DOCUMENTS

Moffett discloses the following documents:

1.  Documents relating to Moffett's employment with SMF Systems.

2.  E-mail correspondence with Defendants.

3.  Correspondence and enclosures to the DOD Hotline regarding his complaint to the DOD Hotline.

4.  Correspondence from the DOD Inspector General to SMF Systems regarding Moffett's complaints.

5.  Correspondence from counsel for SMF Systems to Moffett demanding reimbursement of tuition payments.

Discovery in this matter is ongoing.  Moffett reserves the right to supplement this list.

## III.    COMPUTATION OF DAMAGES

Moffett is seeking special, general and punitive damages in amounts to be proven at trial.  Moffett's special damages include the following:

1.  Lost wages, unpaid vacation, unreimbursed training expenses, and unreimbursed travel expenses: $114,516.69

2.  Medical expenses:  $1,072.90

3.  Amounts erroneously withdrawn from Moffett's 401(k) retirement plan: $3,256.24

4.  Double back pay, interest on the back pay, attorneys' fees and costs pursuant to 31 U.S.C. § 3730(h)

5.     Attorney's fees incurred by Moffett to successfully challenge and dismiss SMF Systems' complaint against him in the Superior Court of California, County of Contra Costa: $1,600.00

Discovery in this matter is ongoing.  Moffett reserves the right to supplement this computation.

## IV.    INSURANCE COVERAGE

This issue is not relevant to Moffett.

DATED: Honolulu, Hawaii, December 17, 2003.


_____
BARBARA A. PETRUS
ANNE T. HORIUCHI

Attorneys for Plaintiff
JOHN A. MOFFETT