GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

BARBARA A. PETRUS          3238-0
    bpetrus@goodsill.com
DONNA H. KALAMA            6051-0
    dkalama@goodsill.com
ANNE T. HORIUCHI BELL      7116-0
    abell@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>    Plaintiff,<br><br>  vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>    Defendants. | CIVIL NO.  03-00130 HG/BMK<br><br>PLAINTIFF'S FINAL PRETRIAL STATEMENT; CERTIFICATE OF SERVICE<br><br><br>DATE:    MAY 3, 2005<br>TIME:    9:00 A.M.<br>JUDGE:  HON. BARRY M. KURREN<br><br><br>TRIAL:    JUNE 14, 2005<br>JUDGE:  HON. HELEN GILLMOR |

931208.2

**EXHIBIT "O"**

R 4/27/05
mail

| WITNESS | TESTIMONY |
|---|---|
|  | Monica Nelson's complaint to him about sexual harassment; his knowledge of Plaintiff's complaint to him about the sexual harassment of Nelson and of other illegal and/or improper activities at Defendant SMF Systems; his knowledge of Defendants' failure to respond to those complaints; his knowledge of Plaintiff's termination from employment and his knowledge of the October 2000 e-mail from Plaintiff to Defendants Tom and Ruby Caffrey regarding Plaintiff's complaints. |
| Nekoorad-Long, Haleh | Will testify as to liability and damages including, but not limited to: her treatment of Plaintiff. |
| Nelson, Monica | Will testify as to issues of liability including, but not limited to: her employment at SMF and Fort Shafter; the harassment by Millard and Wes Green; her reports of the harassment to Nehmad; SMF's response to her reports of harassment; her giving Plaintiff authority to act on her behalf as to the harassment; her knowledge of illegal and/or improper activities at SMF and TNOSC; Millard's improper control over SMF employees; her participation in government investigations into Millard and SMF; and her termination from SMF. |
| Noel, Peter | Will testify as to issues of liability including, but not limited to: his employment at SMF and Fort Shafter; his knowledge of illegal and/or improper activities at SMF and TNOSC; Millard's improper control over SMF employees; his participation in government investigations into Millard and SMF; his knowledge of Plaintiff's work at SMF; the hiring of Langley as project manager. |
| O'Brennan, Laura | Will testify as to issues of liability including, but not limited to: SMF's contract to provide technical services to support the 516th Signal |

## V.   MISCELLANEOUS

Not applicable.

DATED: Honolulu, Hawaii,  April 26, 2005.

_____
BARBARA A. PETRUS
DONNA H. KALAMA
ANNE T. HORIUCHI BELL

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | CIVIL NO. 03-00130 HG/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| SMF SYSTEMS CORPORATION, a Maryland corporation; et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served on this date

upon the following person(s) at the address(es) listed below by the means

indicated:

| | Mail | Hand Delivery |
|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>NICHOLE K. SHIMAMOTO, ESQ.<br>Marr Hipp Jones & Wang<br>1001 Bishop Street, 1550 Pauahi Tower<br>Honolulu, HI 96813 | X | |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA 94549 | X | |

931208.2

DATED: Honolulu, Hawaii, April 26, 2005.


BARBARA A. PETRUS
DONNA H. KALAMA
ANNE T. HORIUCHI BELL

Attorneys for Plaintiff
JOHN A. MOFFETT

2

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

BARBARA A. PETRUS            3238-0
    bpetrus@goodsill.com
DONNA H. KALAMA             6051-0
    dkalama@goodsill.com
ANNE T. HORIUCHI BELL        7116-0
    abell@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JOHN A. MOFFETT, | CIVIL NO. 03-00130 MLR/BMK |
|---|---|
| Plaintiff, | PLAINTIFF'S FIRST AMENDED FINAL PRETRIAL STATEMENT; CERTIFICATE OF SERVICE |
| vs. | |
| SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20, | |
| Defendants. | TRIAL: SEPTEMBER 19, 2005 JUDGE: HON. MANUEL L. REAL |

1006103.1

AUG - 4 2005
mail

| WITNESS | TESTIMONY |
|---|---|
| Nekoorad-Long, Haleh | Will testify as to liability and damages including, but not limited to: her treatment of Plaintiff. |
| Nelson, Monica | Will testify as to issues of liability including, but not limited to: her employment at SMF and Fort Shafter; the harassment by Millard and Wes Green; her reports of the harassment to Nehmad; SMF's response to her reports of harassment; her giving Plaintiff authority to act on her behalf as to the harassment; her knowledge of illegal and/or improper activities at SMF and TNOSC; Millard's improper control over SMF employees; her participation in government investigations into Millard and SMF; and her termination from SMF. |
| Noel, Peter | Will testify as to issues of liability including, but not limited to: his employment at SMF and Fort Shafter; his knowledge of illegal and/or improper activities at SMF and TNOSC; Millard's improper control over SMF employees; his participation in government investigations into Millard and SMF; his knowledge of Plaintiff's work at SMF; the hiring of Langley as project manager. |
| O'Brennan, Laura | Will testify as to issues of liability including, but not limited to: SMF's contract to provide technical services to support the 516th Signal Brigade at Fort Shafter, Hawaii. |
| Olsen, Matthew | Will testify as to issues of liability, including, but not limited to: SMF's contract to provide technical services to support the 516th Signal Brigade at Fort Shafter, Hawaii. |
| Pay, Peter | Will testify as to issues of liability including, but not limited to: his knowledge of Defendant SMF Systems' corporate structure, its business in Hawaii, and of its relationship to SMF Systems Technology Corporation. |

2005.

## T.   ESTIMATE OF TRIAL TIME

Plaintiff estimates that trial of this matter will take between 8 and 10 court days.

## U.   CLAIMS OF PRIVILEGE OR WORK PRODUCT

None of the matters required to be stated by LR16.6 are claimed to be privileged or work product.

## V.   MISCELLANEOUS

Not applicable.

DATED: Honolulu, Hawaii, August 1, 2005.

BARBARA A. PETRUS
DONNA H. KALAMA
ANNE T. HORIUCHI BELL

Attorneys for Plaintiff
JOHN A. MOFFETT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, | CIVIL NO. 03-00130 HG/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| SMF SYSTEMS CORPORATION, a Maryland corporation; et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served on this date

upon the following person(s) at the address(es) listed below by the means

indicated:

| | Mail | Hand Delivery |
|---|---|---|
| LYNNE T. T. TOYOFUKU, ESQ.<br>NICHOLE K. SHIMAMOTO, ESQ.<br>Marr Hipp Jones & Wang<br>1001 Bishop Street, 1550 Pauahi Tower<br>Honolulu, HI 96813 | X | |
| H. CLYDE LONG, ESQ.<br>950 Risa Road, 2nd Floor<br>LaFayette, CA 94549 | X | |

1006103.1

DATED: Honolulu, Hawaii, August 1, 2005.

BARBARA A. PETRUS
DONNA H. KALAMA
ANNE T. HORIUCHI BELL

Attorneys for Plaintiff
JOHN A. MOFFETT