Atkinson-Baker, Inc. – Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9E0346BA**
**FIRM # 1169324**
**INVOICE DATE: 6/02/2004**
**DUE UPON RECEIPT**

Barry W. Marr
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Setting Firm: Marr, Hipp, Jones & Wang
Taking Attorney: Lynne T. T. Toyofuku
Case Name: John A Moffett vs SMF Systems Corp et
Case #: 03-00130 HG-BMK (USDC)
Claim #:
Insurance Co.:
Insured:                                 DOL:
Client's Ref. #1: 58587/455.002
Client's Ref. #2:
Adjuster:
Description: Reporter's transcript of the Custodian of Records for Northrop Grumman Information Technology TASC, taken May 4, 2004.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Minimum O&1 Transcript | 1.00 | $ 125.00 | $ 125.00 |
| Exhibit Copies (pages) | 15.00 | $ .35 | $ 5.25 |
| Delivery & Handling | 1.00 | $ 30.50 | $ 30.50 |
| Bate Stamp | 15.00 | $ .08 | $ 1.20 |
| Payment - July 6, 2004 | | | $ 161.95 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE $0.00

**INVOICE # 9E0346BA**
**FIRM # 1169324**

For: Reporter's transcript of the Custodian of Records for Northrop Grumman Information Technology TASC, taken May 4, 2004.

From:

Barry W. Marr
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**EXHIBIT "P"**

**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9F024FDB**
**FIRM # 1169324**
**INVOICE DATE: 4/13/2005**
**DUE UPON RECEIPT**

Setting Firm: Goodsill, Anderson, Quinn & Stifel
Taking Attorney: Donna H. Kalama
Case Name: Moffett vs SMF Systems et al
Case #:

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Description: Certified copy of the reporter's transcript of the deposition of Thomas Caffrey, taken March 31, 2005. Expedited

Rebilled 08/02/2005

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 164.00 | $ 2.30 | $ 377.20 |
| Expedite: 7 working days - 40% | 164.00 | $ .92 | $ 150.88 |
| Exhibit Copies (pages) | 236.00 | $ .35 | $ 82.60 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 35.00 | $ 35.00 |
| Payment - October 3, 2005 | | | $ 658.18 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

............... Fold and tear at this perforation, then return stub with payment. ...............

BALANCE DUE $0.00

**INVOICE # 9F024FDB**
**FIRM # 1169324**

For: Certified copy of the reporter's transcript of the deposition of Thomas Caffrey, taken March 31, 2005. Expedited

From:
Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Remit To:
Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, Inc.  
Court Reporters  
500 N. Brand Boulevard, Third Floor  
Glendale, CA 91203-4725

800-288-3376  
800-925-5910 fax  
www.depo.com

Federal ID#: 95-4189037

Invoice To:

Herman Clyde Long  
Law Office of Herman Clyde Long  
950 Risa Road  
2nd Floor  
Lafayette, CA 94549

Your Firm#: 1205766  
Invoice#: 9F024FEB  
Invoice Date: April 13, 2005  
Due Date: On Receipt

---

Certified copy of the reporter's transcript of the deposition of Ruby Caffrey, taken April 1, 2005.

---

Case: Moffett vs SMF Systems et al        #: 03-00130 HG-BMK

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 133.00 | $ 2.30 | $ 305.90 |
| Exhibit Copies (pages) | 226.00 | $ .35 | $ 79.10 |
| Realtime or Rough Disk, Per Page | 133.00 | $ 1.50 | $ 199.50 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 35.00 | $ 35.00 |

Total . . . . . . . . . . . . . . . . . . . . . . . . $ 632.00

Payment - May 2, 2005                                $ 632.00

Balance Due . . . . . . . . . . . . . . . . . . . .  $ 0.00

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F025A8A
FIRM # 1169324
INVOICE DATE: 4/12/2005
DUE UPON RECEIPT

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Setting Firm: Marr, Hipp, Jones & Wang
Taking Attorney: Lynne T. Toyofuku
Case Name: John A Moffett vs SMF Systems Corp et
Case #: 03-00130 HG-BMK
Claim #:
Insurance Co.:
Insured:
DOL:
Client's Ref. #1:
Client's Ref. #2:
Adjuster:
Description: Reporter's affidavit of the custodian of records for the office of Fiester And Fiester, taken April 6, 2005. Expedited

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Affidavit of Custodian of Records | 1.00 | $ 150.00 | $ 150.00 |
| Expedite: 5 working days - 60% | 2.00 | $ 3.54 | $ 7.08 |
| Exhibit Copies (pages) | 1.00 | $ .50 | $ .50 |
| Delivery & Handling | 1.00 | $ 44.75 | $ 44.75 |
| UPS Overnight | 1.00 | $ 88.00 | $ 88.00 |
| Bate Stamp | 1.00 | $ .08 | $ .08 |
| Payment - October 3, 2005 | | | $ 290.41 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . . .

BALANCE DUE $0.00

INVOICE # 9F025A8A
FIRM # 1169324

From:

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

For: Reporter's affidavit of the custodian of records for the office of Fiester And Fiester, taken April 6, 2005. Expedited

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9F025AAA**
**FIRM # 1169324**
**INVOICE DATE: 4/12/2005**
**DUE UPON RECEIPT**

Setting Firm: Marr, Hipp, Jones & Wang
Taking Attorney: Lynne T. Toyofuku
Case Name: John Moffett vs SMF Moffett Corporatio
Case #: 03-00130 HG-BMK
Claim #:
Insurance Co.:
Insured:                          DOL:
Client's Ref. #1:
Client's Ref. #2:
Adjuster:
Description: Reporter's transcript of the Custodian of Records for the office of Dr. Laurence Granston, taken April 6, 2005.Expedited

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Minimum O&1 Transcript | 1.00 | $ 125.00 | $ 125.00 |
| Expedite: 5 working days - 60% | 12.00 | $ 2.37 | $ 28.44 |
| Exhibit Copies (pages) | 59.00 | $ .35 | $ 20.65 |
| Delivery & Handling | 1.00 | $ 48.00 | $ 48.00 |
| UPS Overnight | 1.00 | $ 88.00 | $ 88.00 |
| Bate Stamp | 59.00 | $ .08 | $ 4.72 |
| Payment - October 3, 2005 | | | $ 314.81 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $0.00

**INVOICE # 9F025AAA**
**FIRM # 1169324**

For: Reporter's transcript of the Custodian of Records for the office of Dr. Laurence Granston, taken April 6, 2005.Expedited

From:

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # 9F025A9A
FIRM # 1169324
INVOICE DATE: 4/20/2005
DUE UPON RECEIPT

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: Marr, Hipp, Jones & Wang
Taking Attorney: Lynne T. Toyofuku
Case Name: John Moffett vs SMF Moffett Corporatio
Case #: 03-00130 HG-BMK
Claim #:
Insurance Co.:
Insured:
Client's Ref. #1:
Client's Ref. #2:
Adjuster:
Description: Reporter's affidavit of the Custodian of Records for the office of Dr. Haleh Nekoorad-Long, taken April 20, 2005.
DOL:

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Affidavit of Custodian of Records | 1.00 | $ 150.00 | $ 150.00 |
| Exhibit Copies (pages) | 6.00 | $ .50 | $ 3.00 |
| Delivery & Handling | 1.00 | $ 44.75 | $ 44.75 |
| Bate Stamp | 6.00 | $ .08 | $ .48 |
| Payment - October 3, 2005 | | | $ 198.23 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

............ Fold and tear at this perforation, then return stub with payment. ............

BALANCE DUE $0.00

INVOICE # 9F025A9A
FIRM # 1169324

From:

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

For: Reporter's affidavit of the Custodian of Records for the office of Dr. Haleh Nekoorad-Long, taken April 20, 2005.

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F0325EB
FIRM # 1169324
INVOICE DATE: 5/11/2005
DUE UPON RECEIPT

Setting Firm: Goodsill, Anderson, Quinn & Stifel
Taking Attorney: Donna H. Kalama
Case Name: Moffett vs SMF Systems et al
Case #: 03-00130 HG/BMK

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Description: Certified copy of the deposition of Peter Pay, taken April 13, 2005.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 75.00 | $ 2.30 | $ 172.50 |
| Condensed Transcript after shipment | 1.00 | $ 25.00 | $ 25.00 |
| E-Transcript after job ships | 1.00 | $ 25.00 | $ 25.00 |
| ASCII after job ships | 1.00 | $ 25.00 | $ 25.00 |
| Delivery & Handling | 1.00 | $ 35.00 | $ 35.00 |
| Payment - October 3, 2005 | | | $ 282.50 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE $0.00

INVOICE # 9F0325EB
FIRM # 1169324

For: Certified copy of the deposition of Peter Pay, taken April 13, 2005.

From:

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # 9F0334EB
FIRM # 1169324
INVOICE DATE: 5/05/2005
DUE UPON RECEIPT

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Please refer to the Invoice # and your Firm # in any correspondence. Contact Loretta Easter, leaster@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: Goodsill, Anderson, Quinn & Stifel
Taking Attorney: Donna H. Kalama
Case Name: Moffett vs SMF Systems Corporation
Case #: 0300130 HG/BMK

Description: Certified copy of the reporter's transcript of the deposition of Richard Kelley, taken April 14, 2005.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 89.00 | $ 1.85 | $ 164.65 |
| Exhibit Copies (pages) | 144.00 | $ .35 | $ 50.40 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 34.40 | $ 34.40 |
| Payment - October 3, 2005 | | | $ 261.95 cr |
| | | BALANCE DUE | $ 0.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

............ Fold and tear at this perforation, then return stub with payment. ............

BALANCE DUE $0.00

INVOICE # 9F0334EB
FIRM # 1169324

For: Certified copy of the reporter's transcript of the deposition of Richard Kelley, taken April 14, 2005.

From:

Lynne T. Toyofuku
Marr, Hipp, Jones & Wang
1001 Bishop Street
Suite 1550, Pauahi Tower
Honolulu, HI 96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.