# MAXIMUM PER DIEM RATES OUTSIDE THE CONTINENTAL UNITED STATES
# TRAVEL PER DIEM ALLOWANCES

## COUNTRY/STATE: HAWAII

**IMPORTANT NOTES:**

1. Use the **OTHER** rate if neither the **CITY** nor **MILITARY INSTALLATION** is listed.

2. For other allowances that are based on per diem rates **(e.g., TLE, TLA, TQSE, TQSA)**, see the appropriate rules for those allowances regarding what per diem rate to use.

3. The standard **ONBASE INCIDENTAL RATE is $3.50** OCONUS wide.

4. When **Government meals** are directed, the appropriate Government meal rate, as prescribed in Appendix A, is applicable.

5. Per Diem Rate = Max Lodging + Meals (Local, Proportional, or Government) + Incidental Rate (Local or OnBase)

\* All rates are in US Dollars

| Locality | Seasons (Beg-End) | Max Lodging | Local Meals Rate | Prop. Meals | Local Incidental Rate | Footnote | Footnote Rate | Max Per Diem Rate | Eff. Date |
|---|---|---|---|---|---|---|---|---|---|
| ISLE OF HAWAII: HILO | 01/01-12/31 | 105 | 64 | 36 | 16 | | | 185 | 05/01/2005 |
| ISLE OF HAWAII: OTHER | 01/01-12/31 | 150 | 74 | 41 | 18 | | | 242 | 05/01/2005 |
| ISLE OF KAUAI | 01/01-12/31 | 158 | 78 | 43 | 20 | | | 256 | 05/01/2005 |
| ISLE OF MAUI | 01/01-12/31 | 159 | 76 | 42 | 19 | | | 254 | 06/01/2004 |
| ISLE OF OAHU | 01/01-12/31 | 129 | 77 | 43 | 19 | | | 225 | 05/01/2005 |
| LANAI | 01/01-12/31 | 400 | 122 | 65 | 31 | | | 553 | 05/01/2005 |
| LUALUALEI NAVAL | 01/01-12/31 | 129 | 77 | 43 | 19 | | | 225 | 05/01/2005 |

**EXHIBIT "R"**

SEP 2 9 2005

| MAGAZINE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MOLOKAI | 01/01-12/31 | 119 | 76 | 42 | 19 | | **214** | 05/01/2005 |
| [OTHER] | 01/01-12/31 | 72 | 49 | 29 | 12 | | **133** | 01/01/2000 |

*Use the OTHER rate if neither the CITY nor MILITARY INSTALLATION is listed.

Request a review of a Per Diem Rate.

Find out more about (Prop. Meals) Proportional Per Diem?

Per Diem Rates

