IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JENNIFER K. |
| | ) | MURATA |
| vs. | ) | |
| | ) | |
| SMF SYSTEMS CORPORATION, A MARYLAND CORPORATION; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; JANE DOES 1-20; GOVERNMENTAL AGENCIES 1-20, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF JENNIFER K. MURATA

JENNIFER K. MURATA, declares the following:

1. I am an associate attorney with the law firm of Marr Hipp Jones & Wang, LLLP, am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this court. I am one of the attorneys representing Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey (collectively, "Defendants") in this action.

2. On March 1, 2006, I performed a search for roundtrip airfares from Orlando, Florida to Honolulu, Hawaii using two different travel websites (Travelocity.com and Expedia.com). In performing this search, I utilized the same

76829/455.002

days of the week as those on which Mr. Richard Kelley traveled to attend the trial in September 2005—departing Orlando on Friday and returning from Honolulu on Thursday.

3. I first performed a search for a roundtrip flight from Orlando to Honolulu departing in approximately 10 days—Friday, March 10 through Thursday, March 16, 2006. I used a timeframe of 10 days because it is comparable to the time frame in which Mr. Kelley's final airfare was booked. The airfares resulting from this search ranged from fares of $1,372 to $3,064.

4. I then performed a search for a roundtrip flight from Orlando to Honolulu departing in approximately 3 weeks—Friday, March 24 through Thursday, March 30, 2006. I used a timeframe of 3 weeks because that would have been a reasonable period for Mr. Kelley to reserve his flight to attend trial in Hawaii beginning on September 19, 2005, in light of the fact that Defendants' Motions for Summary Judgment as to all claims was not heard and decided until August 30, 2005. The airfares resulting from this search ranged from fares of $777 to $2,080.

Executed on March 1, 2006.

       /s/ Jennifer K. Murata
       JENNIFER K. MURATA