# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 03-00130MLR

CASE NAME:   Moffett v. SMF

ATTYS FOR PLA:   Barbara A. Petrus, Anne Horiuchi Bell, Dawn Sugihara

ATTYS FOR DEFT:   Lynne T.T. Toyofuku, Jennifer Murata

INTERPRETER:

JUDGE:   Barry M. Kurren        REPORTER:   C6 no record

DATE:   3/2/2006                TIME:   9:35 - 9:45

COURT ACTION:  EP:  Status/Settlement Conference Re Motion for Attorneys' Fees and Costs Filed December 16, 2005 and Notice of Bill of Costs Filed December 29, 2005 held.

Settlement Conference set for 3-16-06 @ 11 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager