IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. 03-00130 MRL/BMK

Short Case Title: John A. Moffett v. SMF Systems Corporation, et al.

Date Notice of Appeal Filed by Clerk of District Court: December 30, 2005

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See attached sheet(s) | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 1/13/06    Estimated date for completion of transcript: 2/10/06
Print Name of Attorney: Donna H. Kalama    Phone Number: (808) 547-5600
Signature of Attorney: _____
Address: c/o Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800, Alii Place
Honolulu, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ✓ ) Arrangements for payment were made on 1/17/06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date  2/16/08  3/1/06

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 2/28/06    Court Reporter's Signature: _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    03/02/06    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

Stamp: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII, MAR 02 2006, SUE BEITIA, CLERK

Moffett v. SMF Systems Corporation, et al.
USDC Civil No. 03-00130

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| September 19, 2005 | Cynthia Tando Fazio | Opening Statements (Judge Manuel L. Real) |
| September 19, 2005 | Cynthia Tando Fazio | Jury Selection and Jury Trial (Judge Manuel L. Real) |
| September 20, 2005 | Cynthia Tando Fazio | Further Jury Trial (2nd Day) (Judge Manuel L. Real) |
| September 21, 2005 | Cynthia Tando Fazio | Further Jury Trial (3rd Day) Bench Trial on ERISA Issues (Judge Manuel L. Real) |
| September 22, 2005 | Cynthia Tando Fazio | Further Bench Trial on ERISA Issues Closing Arguments on ERISA Issues (Judge Manuel L. Real) |

## Pretrial Proceedings

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| March 11, 2005 | ESR TAPE (C6CD 2:07-2:33) | Hearing on Plaintiff's Motion to Compel Production of Documents by Defendants SMF Systems Corporation, Tom Caffrey, and Ruby Caffrey (Magistrate Judge Kurren) |
| ~~May 3, 2005~~ - not recorded - | ~~ESR TAPE~~ | ~~Final Pretrial Conference~~ (Magistrate Judge Kurren) |
| May 17, 2005 | Stephen Platt | Status Conference regarding Trial Date, etc. (Judge Manuel L. Real) |

1164938.1

Moffett v. SMF Systems Corporation, et al.
USDC Civil No. 03-00130

| Hearing Date | Court Reporter | Proceeding |
|---|---|---|
| August 30, 2005 | Cynthia Tando Fazio/ Stephen Platt | Hearing on Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey Motion for Summary Judgment<br><br>Hearing on Defendants Tom Caffrey and Ruby Caffrey's Motion for Partial Summary Judgment<br><br>Final Pretrial Conference<br><br>(Judge Manuel L. Real) |
| September 19, 2005 | Cynthia Tando Fazio | Hearing on Various Motions in Limine<br><br>(Judge Manuel L. Real) |