# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00130MLR |
| CASE NAME: | John A. Moffett v. SMF Systems |
| ATTYS FOR PLA: | Barbara A. Petrus, Donna H. Kalama, Anne Horiuchi Bell |
| ATTYS FOR DEFT: | Lynne T.T. Toyofuku, Jennifer Murata |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/16/2006 | TIME: | 11 - 11:50 |

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn Young, Courtroom Manager