UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 8 - 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; et al.,<br><br>        Defendants - Appellees. | No. 06-15084<br><br>D.C. No. CV-03-00130-MLR<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 0 8 2006

by: _____
Deputy Clerk

S:\CASES\2006\06-15084\06-08-04-dism.wpd

MOATT

INTERNAL USE ONLY: Proceedings include all events.
06-15084 Moffett v. SMF Systems Corp., et al

```
JOHN A. MOFFETT                         Barbara A. Petrus, Esq.
     Plaintiff - Appellant              808/547-5600
                                        [COR LD NTC ret]
                                        Donna H. Kalama, Esq.
                                        808/547-5600
                                        Suite 1800
                                        [COR LD NTC ret]
                                        GOODSILL, ANDERSON, QUINN &
                                        STIFEL
                                        1099 Alakea Street
                                        Honolulu, HI 96813-4500

     v.

SMF SYSTEMS CORPORATION, a              Lynne T. Toyofuku
Maryland corporation                    FAX 808/536-6700
     Defendant - Appellee               808/536-4900
                                        1550 Pauahi Tower
                                        [COR LD NTC ret]
                                        MARR HIPP JONES & WANG, LLP
                                        Pauahi Tower
                                        1001 Bishop St.
                                        Honolulu, HI 96813

TOM CAFFREY                             Lynne T. Toyofuku
     Defendant - Appellee               (See above)
                                        [COR LD NTC ret]

RUBY CAFFREY                            Blake W. Bushnell, Esq.
     Defendant - Appellee               808/524-8000
                                        Suite 1800
                                        [COR LD NTC ret]
                                        DWYER, IMANAKA, SCHRAFF, KUDO,
                                        MEYER & FUJI,OTO
                                        Pioneer Plaza
                                        900 Fort Street Mall
                                        Honolulu, HI 96813

                                        Lynne T. Toyofuku
                                        (See above)
                                        [COR LD NTC ret]

DOE CORPORATION 1-20, ; DOE             No appearance
PARTNERSHIPS 1-20; DOE                  No appearance
ENTITIES 2-10; JOHN DOES 1-20;
JANE DOES 1-20; DOE
GOVERNMENTAL AGENCIES 1-20
     Defendant - Appellee
```