**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU    4958-0
Email:  ltoyofuku@marrhipp.com
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorney for Defendants
SMF SYSTEMS CORPORATION, TOM
CAFFREY AND RUBY CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>        Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, A MARYLAND CORPORATION; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; JANE DOES 1-20; GOVERNMENTAL AGENCIES 1-20,<br><br>        Defendants.<br>_____ | CV NO. 03-00130 MLR-BMK<br><br>**NOTICE OF WITHDRAWAL** DEFENDANTS SMF SYSTEMS CORPORATION, TOM CAFFREY, AND RUBY CAFFREY'S MOTION FOR ATTORNEYS' FEES AND COSTS FILED DECEMBER 16, 2005; CERTIFICATE OF SERVICE<br><br>JUDGE:   The Honorable<br>              Manuel L. Real<br><br>TRIAL:    September 19, 2005 |

82473/455.002

**NOTICE OF WITHDRAWAL OF** DEFENDANTS SMF SYSTEMS CORPORATION, TOM CAFFREY, AND RUBY CAFFREY'S MOTION FOR ATTORNEYS' FEES AND COSTS FILED DECEMBER 16, 2005

TO:  BARBARA A. PETRUS, ESQ.
     LINDALEE K. FARM, ESQ.
     DONNA H. KALAMA, ESQ.
     ANNE T. HORIUCHI BELL, ESQ.
     DAWN T. SUGIHARA, ESQ.
     GOODSILL ANDERSON QUINN & STIFEL
     1099 Alakea Street
     1800 Alii Place
     Honolulu, Hawaii 96813

     Attorneys for Plaintiff
     JOHN A. MOFFETT

Defendants SMF Systems Corporation, Tom Caffrey and Ruby Caffrey hereby withdraw its Motion for Attorneys' Fee and Costs filed on December 16, 2005.

DATED: Honolulu, Hawaii, August 17, 2006

/s/ Lynne T. T. Toyofuku
LYNNE T. T. TOYOFUKU

Attorney for Defendants
SMF SYSTEMS CORPORATION, TOM CAFFREY AND RUBY CAFFREY

82473/455.002

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SMF SYSTEMS CORPORATION, A MARYLAND CORPORATION; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 1-20; JOHN DOES 1-20; JANE DOES 1-20; GOVERNMENTAL AGENCIES 1-20, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following individuals at their last known address:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| BARBARA A. PETRUS, ESQ. | bpetrus@goodsill.com | August 17, 2006 |
| LINDALEE K. (CISSY) FARM | lfarm@goodsill.com | August 17, 2006 |
| DONNA H. KALAMA, ESQ. | dkalama@goodsill.com | August 17, 2006 |
| ANNE T. HORIUCHI BELL, ESQ. | abell@goodsill.com | August 17, 2006 |
| DAWN T. SUGIHARA, ESQ. | dsugihara@goodsill.com | August 17, 2006 |

Attorneys for Plaintiff
JOHN A. MOFFETT

82473/455.002

DATED:   Honolulu, Hawaii, August 17, 2006

                                                         */s/* Lynne T. T. Toyofuku
                                                        LYNNE T. T. TOYOFUKU

                                                        Attorney for Defendants
                                                        SMF SYSTEMS CORPORATION,
                                                        TOM CAFFREY AND RUBY CAFFREY