**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU      4958-0
Email:  ltoyofuku@marrhipp.com
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorney for Defendants
SMF SYSTEMS CORPORATION, TOM
CAFFREY AND RUBY CAFFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| JOHN A. MOFFETT, | ) | CV NO. 03-00130 MLR-BMK |
| | ) | |
| Plaintiff, | ) | **NOTICE OF WITHDRAWAL** |
| | ) | DEFENDANTS SMF SYSTEMS |
| vs. | ) | CORPORATION, TOM CAFFREY, |
| | ) | AND RUBY CAFFREY'S BILL OF |
| SMF SYSTEMS CORPORATION, A | ) | COSTS FILED DECEMBER 29, |
| MARYLAND CORPORATION; TOM | ) | 2005; CERTIFICATE OF SERVICE |
| CAFFREY; RUBY CAFFREY; DOE | ) | |
| CORPORATIONS 1-20; DOE | ) | |
| CORPORATIONS 1-20; DOE | ) | |
| ENTITIES 1-20; JOHN DOES 1-20; | ) | |
| JANE DOES 1-20; GOVERNMENTAL | ) | (NON-HEARING MOTION) |
| AGENCIES 1-20, | ) | TRIAL:  September 19, 2005 |
| | ) | The Honorable Manuel L. Real |
| Defendants. | ) | |
| _____ | ) | |

82474/455.002

**NOTICE OF WITHDRAWAL OF** DEFENDANTS SMF SYSTEMS
CORPORATION, TOM CAFFREY, AND RUBY CAFFREY'S BILL OF COSTS
<u>FILED DECEMBER 29, 2005</u>


TO:      BARBARA A. PETRUS, ESQ.
         LINDALEE K. FARM, ESQ.
         DONNA H. KALAMA, ESQ.
         ANNE T. HORIUCHI BELL, ESQ.
         DAWN T. SUGIHARA, ESQ.
         GOODSILL ANDERSON QUINN & STIFEL
         1099 Alakea Street
         1800 Alii Place
         Honolulu, Hawaii  96813

         Attorneys for Plaintiff
         JOHN A. MOFFETT

         Defendants SMF Systems Corporation, Tom Caffrey and Ruby

Caffrey hereby withdraw its Notice of Bill of Costs filed December 29, 2005.

         DATED:    Honolulu, Hawaii, August 17, 2006


                              /s/ Lynne T. T. Toyofuku
                              LYNNE T. T. TOYOFUKU

                              Attorney for Defendants
                              SMF SYSTEMS CORPORATION, TOM
                              CAFFREY AND RUBY CAFFREY


82474/455.002

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT, ) | CV NO. 03-00130 MLR-BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| SMF SYSTEMS CORPORATION, A ) | |
| MARYLAND CORPORATION; TOM ) | |
| CAFFREY; RUBY CAFFREY; DOE ) | |
| CORPORATIONS 1-20; DOE ) | |
| PARTNERSHIPS 1-20; DOE ENTITIES ) | |
| 1-20; JOHN DOES 1-20; JANE DOES 1- ) | |
| 20; GOVERNMENTAL AGENCIES 1-20, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service

noted below, a true and correct copy of the foregoing was served on the following

individuals at their last known address:

Served Electronically through CM/ECF:

BARBARA A. PETRUS, ESQ.  bpetrus@goodsill.com  August 17, 2006
LINDALEE K. (CISSY) FARM  lfarm@goodsill.com    August 17, 2006
DONNA H. KALAMA, ESQ.  dkalama@goodsill.com  August 17, 2006
ANNE T. HORIUCHI BELL, ESQ. abell@goodsill.com  August 17, 2006
DAWN T. SUGIHARA, ESQ.  dsugihara@goodsill.com August 17, 2006

Attorneys for Plaintiff
JOHN A. MOFFETT

82474/455.002

DATED:    Honolulu, Hawaii, August 17, 2006

                          */s/* Lynne T. T. Toyofuku
                          LYNNE T. T. TOYOFUKU

                          Attorney for Defendants
                          SMF SYSTEMS CORPORATION,
                          TOM CAFFREY AND RUBY CAFFREY

82474/455.002