ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| BARBARA A. PETRUS | 3238-0 |
| bpetrus@goodsill.com | |
| LINDALEE K. (CISSY) FARM | 4514-0 |
| lfarm@goodsill.com | |
| DONNA H. KALAMA | 6051-0 |
| dkalama@goodsill.com | |
| DAWN T. SUGIHARA | 7631-0 |
| dsugihara@goodsill.com | |

Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Plaintiff
JOHN A. MOFFETT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 3 2006

at 6 o'clock and 54 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN A. MOFFETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMF SYSTEMS CORPORATION, a Maryland corporation; TOM CAFFREY; RUBY CAFFREY; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ENTITIES 2-10; JOHN DOES 1-20; JANE DOES 1-20; DOE GOVERNMENTAL AGENCIES 1-20,<br><br>　　　　　Defendants. | CIVIL NO. 03-00130 MLR/BMK<br><br>STIPULATION TO SET ASIDE JUDGMENT AND TO DISMISS THE COMPLAINT WITH PREJUDICE AND ORDER<br><br><br>TRIAL: SEPTEMBER 19, 2005<br>JUDGE: HON. MANUEL L. REAL |

1401424.1

STIPULATION TO SET ASIDE JUDGMENT AND TO DISMISS THE COMPLAINT WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, as follows:

1. That the Final Judgment, filed herein on December 1, 2005, be set aside by the Court.

2. That Plaintiff's Complaint, filed on March 21, 2003 in the United States District Court for the District of Hawaii, and all claims by Plaintiff in the above-entitled action be and are hereby dismissed with prejudice.

3. This Stipulation is made pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. There are no remaining claims or parties to this action. All appearing parties have signed this Stipulation. Each party shall bear its own costs and attorneys' fees.

DATED: Honolulu, Hawaii, ____AUG 22____, 2006.

/s/ Barbara A. Petrus
BARBARA A. PETRUS
LINDALEE K. (CISSY) FARM
DONNA H. KALAMA
DAWN T. SUGIHARA

Attorneys for Plaintiff
JOHN A. MOFFETT

/s/ Lynne T. Toyofuku
LYNNE T. TOYOFUKU
JENNIFER K. MURATA

Attorneys for Defendants
SMF SYSTEMS CORPORATION,
TOM CAFFREY AND RUBY
CAFFREY

APPROVED AND SO ORDERED

_____
JUDGE OF THE ABOVE ENTITLED COURT

Moffett v. SMF Systems Corporation, et al., Civil No. 03-00130; STIPULATION TO SET ASIDE JUDGMENT AND TO DISMISS THE COMPLAINT WITH PREJUDICE AND ORDER